CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 19-6195

DIVISION "A"

SECTION 16

ERIC LASSAIR, PATRICIA LASSAIR
AND TELEJACKS & THINGS, INC.

VERSUS

CITY OF NEW ORLEANS AND ARS ALEUT REMEDIATION, LLC

FILED: _____

_____
DEPUTY CLERK

## PETITION FOR DAMAGES and DEMAND FOR JURY TRIAL

NOW INTO COURT, come Plaintiffs **ERIC LASSAIR, PATRICIA LASSAIR AND TELEJACKS & THINGS, INC**, who bring this tort action against Defendants **CITY OF NEW ORLEANS** ["City"] and **ARS ALEUT REMEDIATION, LLC** ["ARS"] seeking damages for bodily injury, emotional distress, and stigma damages regarding property value, for the following reasons, to-wit:

### PLAINTIFFS

1.

Plaintiff **ERIC LASSAIR** is a person of the full age of majority domiciled in the Parish of Orleans, State of Louisiana. He is a former resident of a Gert Town neighborhood located in close proximity to Lowerline, Street and Edinburg Streets in New Orleans, Louisiana. He is currently a business owner of **TELEJACKS & THINGS, INC.**, which is located at 7810 Edinburg Street, New Orleans, Louisiana.

2.

Plaintiff **PATRICIA LASSAIR** is a person of the full age of majority domiciled in the Parish of Orleans, State of Louisiana. She is the owner and resident of 7715 Coolidge Court in New Orleans, Louisiana.





## DEFENDANTS

3.

Defendant **CITY OF NEW ORLEANS** is a municipality created and authorized to be sued and to sue under the Constitution of the State of Louisiana.

4.

Defendant **ARS ALEUT REMEDIATION, LLC** is a foreign corporation domiciled in Anchorage, Arkansas, and having a business office located at 3867 Plaza Tower Drive in Baton Rouge, Louisiana, with the capacity to sued and be sued.

## JURISDICTION AND VENUE

5.

This Honorable Court has jurisdiction over Defendants, each of which committed tortious acts and/or omissions in Orleans Parish, Louisiana.

6.

Venue is proper in this judicial district pursuant to Articles 74 and 593 because Defendants engaged in wrongful conduct in and damages were sustained within this judicial district. In addition, all Plaintiffs are residents and citizens of the State of Louisiana and domiciled in Orleans Parish.

## CLAIMS

7.

Plaintiffs are current or former resident, home owners and/or business owners living and/or working within three blocks of the former warehouse where the Thompson-Haywood Chemical Company once stood[1], and an O'Reilly Auto Parts store now sits at 7600 Earhart Boulevard in New Orleans, Louisiana. The building, that has been converted into an O'Reilly Auto Parts, was formerly a warehouse owned by Harcros. Between 1941 until 1977, the property was operated as a pesticide plant owned and operated by the Thompson-Haywood Chemical Company, a predecessor of defendant THAN. Beginning in 1977, the subject property was used as a warehouse storing industrial and dry cleaning chemicals and pesticides. In 1981, Harcros purchased the subject property. In 1989, Harcros and THAN, in conjunction with the Louisiana Department of Environmental Quality, began a remedial clean-up of the plant site. After the

---

[1] The municipal address of Thompson-Haywood Chemical Company was 7700 Earhart Blvd., New Orleans, Louisiana.

clean-up, there were permanent land-use restrictions and environmental restrictions regarding excavating the site.

8.

Upon information and belief, the Defendant **CITY OF NEW ORLEANS** was informed in 2013 of the presence of radioactive materials in the subsurface soil located at or near Lowerline, Street and Edinburg Streets in New Orleans, Louisiana. This discovery was made while scanning for security threats in preparation of hosting the 2013 Superbowl in New Orleans, Louisiana.

9.

Despite having knowledge of the presence of hazardous radioactive materials in the subsurface soil located at or near Lowerline, Street and Edinburg Streets in New Orleans, Louisiana, the City took no action to warn and/or to protect Plaintiffs, other residents or other business owners of the presence of soil contamination, the risk of exposure to Radium-226 and radiation; the reasonable steps to take in an emergency when exposed; the health effects that are common to exposure; how a person can tell if they have been exposed; and short and/or long term health effects associated with exposure to Radium-226 and radiation. The discovery of a hazardous condition was secreted from the public.

10.

In 2018, the Defendant City decided to remediate the presence of underground material producing radiation below the road surface at the intersection of Lowerline Street and Coolidge Court.[2] The Defendant City quietly retained a maintenance contractor, Defendant ARS, in December 2018 to remove and dispose of what had been identified as hazardous material located beneath the surface of the Lowerline Street and Coolidge Court intersection.

11.

Once remediation efforts ensued, , the Defendants City and ARS, and the Louisiana Department of Environmental Quality, discovered that the contamination area was larger than originally anticipated and would need to be addressed as part of a subsequent effort. Since that time, the Defendant City and the U.S. Environmental Protection Agency and the Louisiana Department of Environmental Quality have collaborated to develop a remediation plan to address

---

[2] While the origin of the radioactive material is unknown at this time, it is more likely than not, that the origins of the contamination are the remnants of the operations of a chemical plant on or near the property by Thompson-Haywood Chemical Company and its affiliates.

the contamination area on Lowerline Street between Olive and Edinburgh streets. Furthermore, multiple scientists and experts were consulted regarding health risks for short and long term exposures, and the risk that the remediation would pose to human health.

12.

In advance of the commencement remediation work, on May 18, 2019, representatives from the City's Health Department and the Department of Public Works canvassed a five block radius of the location and placed reading materials entitled "Construction Notice" in mailboxes and on doors of residents and business owners. *(Exhibit "A", Construction Notice)* The document is a far cry from a mundane notice regarding construction activity; instead, it notifies residents and business owners for the very first time that contaminated soil was discovered in the 3400 block of Lowerline Street near the intersection of Lowerline and Coolidge Streets. It advises them that on May 28, 2019, the U.S. EPA, Louisiana Department of Environmental Quality and City will begin removing radiation contaminated soil. It notifies them that the radiation has been there for "some time, and is being removed out of an abundance of caution." It advises them to expect mediation crews wearing "personal protective equipment including disposable coveralls and gloves during operations." It notifies them that radioactive materials will be placed in storage containers in their neighborhood. The "Construction Notice" was attached to a listing of "Frequently Asked Questions" regarding exposure to Radium-226 and radiation. *(Exhibit "B", Frequently Asked Questions)*

13.

On Tuesday, May 28, 2019, excavation and remediation work began in the subject neighborhood. Crews have excavated the site wearing personal protective equipment including disposable coveralls and gloves necessary to limit their exposure to toxins, while Plaintiffs and other residents, home owners and business owners have been exposed to contamination without protection. Underground materials have been excavated and placed in large containers on the site, just feet from the homes of Gert Town residents.

14.

Receipt of the "Construction Notice and Frequently Asked Questions" and remediation activities in the neighborhood was shocking, alarming and disturbing to residents, home owners and business owners in the subject neighborhood. It was also alarming to former residents, home owners and business owners in the subject neighborhood who saw televised and print media

news stories regarding Radium-226 and radiation being underground for "some time," prior to discovery in 2013. What's more, it that the Defendant City had actual knowledge of the hazardous materials in 2013 and failed to warn residents of the hazardous condition of the soil, thereby exposing them to illness and death as a result of radiation contamination.

15.

Despite assurances from representatives of the Defendants City, ARS, and governmental agencies, the residents and business owners in the subject area have been very alarmed and have experienced emotional distress regarding their exposure to radioactive materials at the site.

16.

Plaintiffs contend that the remediation has caused them adverse health effects and emotional distress because of the manner in which it was conducted by the Defendants City and ARS. They should have been relocated during remediation; given an opportunity to relocate; and/or provided with personal protective gear during the remediation process.

17.

As a direct result of the Defendants acts and/or omissions, the Plaintiff have suffered and will continue to suffer:

a) Bodily injuries associated with exposure to Radium 226 and/or radiation;

b) Increased risk of adverse health effects associated with exposure to Radium 226 and/or radiation;

c) Fear of contraction of disease as a result of exposure to Radium 226 and/or radiation;

d) Emotional distress and anxiety;

e) Diminution and/or decrease in property values from environmental stigma;

f) Medical Monitoring; and

g) Other damages to be determined at trial.

18.

Plaintiffs aver that, upon information and belief, there are former and current residents, home owners and business owners similarly situated to them and having common claims against the Defendants. Upon discovery, if this is the case, Plaintiffs are entitled to maintain this action as a class action pursuant to La. C.C.P. art. 591, with the following class definition:

> "All former and current residents, home owners, and/or business owners of the Gert Town neighborhood living and/or working within three blocks of the former warehouse

where the Thompson-Haywood Chemical Company once stood[3], and an O'Reilly Auto Parts store now sits at 7600 Earhart Boulevard in New Orleans, Louisiana, who claim to have suffered bodily injuries, emotional distress, property devaluation, and other damages associated with the presence of and/or remediation of Radium-226 and radiation in the soil at or near Lowerline, Street and Edinburg Streets in New Orleans, Louisiana."

19.

If, upon discovery, this action is sought to be certified to proceed as a class action, Plaintiffs will prove that class members are in the thousands such that joinder is impracticable; there are questions of fact and law that are common to all class member; common issues predominate over individual issues; named plaintiffs will fairly and adequately protect the interests of the proposed class; their attorneys are experienced in the prosecution of class actions and will adequately represent the interests of the class; Plaintiffs and their counsel are aware of no conflicts of interests between them and similarly situated individuals. Plaintiffs have, or can acquire, adequate financial resources to assure that the interests of the potential class will not be harmed. Plaintiffs are knowledgeable concerning the subject matter of this action and will assist counsel in the prosecution of this litigation. And, prosecution of separate actions by individual plaintiffs rather than as a class as proposed would create significant risks of inconsistent or varying judgments.

### DEMAND FOR JURY TRIAL

20.

Plaintiffs hereby demand a trial by jury on all issues so triable.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray that, after all due proceedings are had, this action be ordered to go forward as a class action as petitioned for herein, there be judgment in favor of Plaintiffs and against Defendants for all relief to which they are legally entitled with judicial interests, cost and attorney's fees, from the date of judicial demand.

---

[3] The municipal address of Thompson-Haywood Chemical Company was 7700 Earhart Blvd., New Orleans, Louisiana.

RESPECTFULLY SUBMITTED BY:

*Suzette P. Bagneris*
Suzette P. Bagneris (LSBA No. 22241)
Emile A. Bagneris, III (LSBA No. 22240)
THE BAGNERIS FIRM, LLC
2714 Canal Street, Suite 403
New Orleans, Louisiana 70119
Telephone: (504) 810-3995
Email: sbagneris@bagnerislawfirm.com

Madro Banderies (LSBA No. 25339)
Post Office Box 56458
New Orleans, Louisiana 70156
Telephone: (504) 552-9040
Facsimile: (504) 324-0684
Email: madro@bandarieslaw.com

Steven J. Rando (LSBA No. 23265)
3530 Canal Street
New Orleans, Louisiana 70119
Telephone: (504) 486-7122
Facsimile: (504) 486-7102
Email: Steve@randolaw.com

**PLEASE SERVE:**

**CITY OF NEW ORLEANS**
Through New Orleans City Attorney
Sunni J. LeBeouf
City of New Orleans
Law Department
1300 Perdido Street, 5th Floor – Room E503
New Orleans, Louisiana 70112

**ARS ALEUT REMEDIATION, LLC**
Through its registered agent for service of process:
CORPORATION SERVICE COMPANY
320 Somerulos Street
Baton Rouge, Louisiana 70802



CITY OF NEW ORLEANS
ROADWORK.NOLA.GOV

FILED
2019 JUN 12 AM 11: 58
CIVIL
DISTRICT COURT

## Construction Notice
### Lowerline Street (Olive to Edinburgh)
### May 18, 2019

The Environmental Protection Agency (EPA), the Louisiana Department of Environmental Quality (LDEQ) and the City of New Orleans will begin removing radiation contaminated soil found in the 3400 block of Lowerline Street near the intersection of Lowerline and Coolidge streets on Tuesday, May 28, 2019. The origin of the material is unknown and while it has been present for some time, it is being removed out of an abundance of caution.

**What to Expect:** The excavation, removal and disposal operations will require temporary closure of Lowerline St. between Olive and Edinburgh streets and Coolidge Ct. between Lowerline and Pine streets. Crew members will wear Personal Protective Equipment (PPE) including disposable coveralls and gloves during operations.

All excavated material and soil will be placed in roll off bins for safe removal from the area. Representatives from EPA, LDEQ and the City will be onsite throughout operations to answer questions and be sure that any possible exposure is below the established limits.

Traffic flow will be restricted by barricades and plastic sheeting may be used to protect the ground around the excavation. Metal and silt fencing will also prevent access to the excavation site and any possible runoff.

Residents should plan to park on side streets during the excavation work. Weather permitting, work will begin on Tuesday, May 28 and will take approximately two weeks to complete. Crews will be permitted to work from 7 a.m. to sunset.

Questions may be directed to 504.657.9169 or roadwork@nola.gov.

Thank you for your patience.

-over-



VERIFIED  PLAINTIFF'S EXHIBIT "A"

## Frequently Asked Questions

**How did U.S. Environmental Protection Agency (EPA) get involved?**
U.S. EPA used its authority under the Comprehensive Environmental Response, and Compensation, Liability Act (CERCLA). CERCLA, also known as "Superfund," is a law designed to help cleanup abandoned waste facilities.

**How do I detect radiation?**
You cannot sense radiation. Radiation can only be detected using specialized instruments. Emergency responders are skilled in using these instruments.

**What happens when I am exposed to radiation?**
You may not experience any health effects. A very large dose of radiation may cause skin burns, nausea and vomiting. If you have these symptoms, seek medical attention immediately.

**What are common sources of radiation?**
Low levels of radiation come from a number of sources. These include natural background. They also include sources such as medical x-rays.

**What are the reasonable steps to take in an emergency?**
Follow safety instructions from public officials. Minimize the time you spend in areas with elevated radiation levels. Avoid areas where radiation levels are elevated.

**What happens when I am exposed to radiation?**
You may not experience any health effects. A very large dose of radiation may cause skin burns, nausea and vomiting. If you have these symptoms, seek medical attention immediately.

**How can I tell if I have been exposed?**
Skin burns, nausea and vomiting can result from large doses of radiation. Seek medical attention immediately if you have these symptoms. If you think you have been contaminated, shower and change into clean clothes. Place contaminate clothing in a plastic bag and seal it. Place the bag as far away as possible form humans and animals. Bagged clothing can be examined later to determine if you were contaminated.

**What should I do if I am asked to shelter-in-place?**
Shelter in place means get indoors as soon as possible. Close all exterior vents and windows. If needed, use air-conditioning (and heat), preferably in recirculation mode.

**What are you doing to protect public health and the environment?**
Our primary concern is the health and safety of the public. We are working closely with local, state and federal partners to remove the contamination and dispose of it off site to a facility that is approved to accept the contaminated soil.

**How can Radium-226 and radiation affect my health?**

Everyone is exposed to low levels of radium in nature. Eating or inhaling higher levels of radium over a long period can lead to health problems. Direct exposure to radiation from the breakdown of radium-226 can damage our cells. Over time, cell damage can lead to specific types of cancer.

There is no direct exposure to radium since it has not been ingested and inhaled. Exposure to high levels of radium may increase your risk of developing bone, liver, breast and some blood cancers, anemia (a problem with the blood), fractured teeth and cavities, and cataracts in the eyes. Some of these health problems may take years to develop.

**How should dust contamination be controlled during remediation work?**
EPA has determined the best engineering controls are water and moderation. Dust will be addressed with water, but if readings on the perimeter of the excavation site show a reading of higher than 10 micro R per hour a containment tent may be considered. At this time EPA does not anticipate a containment tent as a necessary precaution. EPA will have onsite monitors at the perimeter of the roadway and also, in the excavation site(s). Air sampling units will also be in place during operations. Pumps pull air samples throughout excavation to confirm that operations are safe. The air monitors provide results within minutes of air samples.




ATTORNEY'S NAME: Bagneris, Suzette P 22241
AND ADDRESS: 2714 Canal Street, Suite 403, New Orleans, LA 70119

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

NO: 2019-06195         DIVISION: A         SECTION: 16

LASSAIR, ERIC  ET AL

Versus

CITY OF NEW ORLEANS  ET AL

## CITATION

TO:      CITY OF NEW ORLEANS

THROUGH: NEW ORLEANS CITY ATTORNEY, SUNNI J. LEBEOUF

CITY OF NEW ORLEANS, LAW DEPARTMENT, 1300 PERDIDO STREET, 5TH FLOOR - ROOM E503, NEW ORLEANS, LA 70112

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

PETITION FOR DAMAGES AND DEMAND FOR JURY TRIAL

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

\*\*\*\*\*\*\*\*COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE\*\*\*\*\*\*\*\*

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA June 19, 2019

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

CHELSEY RICHARD NAPOLEON, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by _____
Malik Haley, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within PETITION FOR DAMAGES AND DEMAND FOR JURY TRIAL ON CITY OF NEW ORLEANS THROUGH: NEW ORLEANS CITY ATTORNEY, SUNNI J. LEBEOUF Returned the same day _____ No. _____ Deputy Sheriff of _____ Mileage: $ _____ /ENTERED/ PAPER / RETURN / SERIAL NO. DEPUTY PARISH | On this _____ day of _____ served a copy of the within PETITION FOR DAMAGES AND DEMAND FOR JURY TRIAL ON CITY OF NEW ORLEANS THROUGH: NEW ORLEANS CITY ATTORNEY, SUNNI J. LEBEOUF by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said CITY OF NEW ORLEANS being absent from the domicile at time of said service. Returned the same day _____ No. _____ Deputy Sheriff of _____ |

ID: 10225717                              Page 1 of 1

ATTORNEY'S NAME:    Bagneris, Suzette P 22241
AND ADDRESS:        2714 Canal Street, Suite 403, New Orleans, LA 70119

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

| NO: 2019-06195 | DIVISION: A | SECTION: 16 |
|---|---|---|

LASSAIR, ERIC ET AL

Versus

CITY OF NEW ORLEANS ET AL

### CITATION

TO:         CITY OF NEW ORLEANS

THROUGH:    NEW ORLEANS CITY ATTORNEY, SUNNI J. LEBEOUF

CITY OF NEW ORLEANS, LAW DEPARTMENT, 1300 PERDIDO STREET, 5TH FLOOR - ROOM E503, NEW ORLEANS, LA 70112

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

PETITION FOR DAMAGES AND DEMAND FOR JURY TRIAL

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE*********

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA June 19, 2019

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

CHELSEY RICHARD NAPOLEON, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by
Malik Haley, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

**PERSONAL SERVICE**

On this _____ day of _____ served a copy of the within
PETITION FOR DAMAGES AND DEMAND FOR JURY TRIAL
ON CITY OF NEW ORLEANS
THROUGH: NEW ORLEANS CITY ATTORNEY, SUNNI J. LEBEOUF
Returned the same day
No. _____
Deputy Sheriff of _____
Mileage: $ _____
/ ENTERED /
PAPER    RETURN
SERIAL NO.   DEPUTY   PARISH

**DOMICILIARY SERVICE**

On this _____ day of _____ served a copy of the within
PETITION FOR DAMAGES AND DEMAND FOR JURY TRIAL
ON CITY OF NEW ORLEANS
THROUGH: NEW ORLEANS CITY ATTORNEY, SUNNI J. LEBEOUF
by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said CITY OF NEW ORLEANS being absent from the domicile at time of said service.
Returned the same day
No. _____
Deputy Sheriff of _____

ID: 10225717                              Page 1 of 1

ATTORNEY'S NAME: Bagneris, Suzette P 22241
AND ADDRESS: 2714 Canal Street, Suite 403, New Orleans, LA 70119

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

| NO: 2019-06195 | DIVISION: A | SECTION: 16 |
|---|---|---|

### LASSAIR, ERIC ET AL

#### Versus

### CITY OF NEW ORLEANS ET AL

## CITATION

TO: ARS ALEUT REMEDIATION, LLC

THROUGH: ITS REGISTERED AGENT FOR SERVICE OF PROCESS: CORPORATION SERVICE COMPANY
320 SOMERULOS STREET, BATON ROUGE, LA 70802

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

PETITION FOR DAMAGES AND DEMAND FOR JURY TRIAL

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA June 19, 2019**

| Clerk's Office, Room 402, Civil Courts | CHELSEY RICHARD NAPOLEON, Clerk of |
| 421 Loyola Avenue | The Civil District Court |
| New Orleans, LA | for the Parish of Orleans |
| | State of LA |
| | by _____ |
| | Malik Haley, Deputy Clerk |

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within | On this _____ day of _____ served a copy of the within |
| PETITION FOR DAMAGES AND DEMAND FOR JURY TRIAL | PETITION FOR DAMAGES AND DEMAND FOR JURY TRIAL |
| ON ARS ALEUT REMEDIATION, LLC | ON ARS ALEUT REMEDIATION, LLC |
| THROUGH: ITS REGISTERED AGENT FOR SERVICE OF PROCESS: CORPORATION SERVICE COMPANY | THROUGH: ITS REGISTERED AGENT FOR SERVICE OF PROCESS: CORPORATION SERVICE COMPANY |
| Returned the same day | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said ARS ALEUT REMEDIATION, LLC being absent from the domicile at time of said service. |
| _____ No. _____ | |
| Deputy Sheriff of _____ | |
| Mileage: $ _____ | |
| _____/ ENTERED /_____ | Returned the same day |
| PAPER      RETURN | _____ No. _____ |
| ____/_____/____ | Deputy Sheriff of _____ |
| SERIAL NO.   DEPUTY   PARISH | |

ID: 10225718                                                  Page 1 of 1

ATTORNEY'S NAME: Bagneris, Suzette P 22241
AND ADDRESS: 2714 Canal Street, Suite 403, New Orleans, LA 70119

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

| NO: 2019-06195 | DIVISION: A | SECTION: 16 |
|---|---|---|

**LASSAIR, ERIC ET AL**

Versus

**CITY OF NEW ORLEANS ET AL**

### CITATION

TO: ARS ALEUT REMEDIATION, LLC

THROUGH: ITS REGISTERED AGENT FOR SERVICE OF PROCESS: CORPORATION SERVICE COMPANY

320 SOMERULOS STREET, BATON ROUGE, LA 70802

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

PETITION FOR DAMAGES AND DEMAND FOR JURY TRIAL

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

**IN WITNESS HEREOF**, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA June 19, 2019

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

CHELSEY RICHARD NAPOLEON, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by
Malik Haley, Deputy Clerk

---

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within PETITION FOR DAMAGES AND DEMAND FOR JURY TRIAL ON ARS ALEUT REMEDIATION, LLC THROUGH: ITS REGISTERED AGENT FOR SERVICE OF PROCESS: CORPORATION SERVICE COMPANY Returned the same day No. _____ Deputy Sheriff of _____ Mileage: $ _____ / ENTERED / _____ PAPER / RETURN / SERIAL NO.  DEPUTY  PARISH | On this _____ day of _____ served a copy of the within PETITION FOR DAMAGES AND DEMAND FOR JURY TRIAL ON ARS ALEUT REMEDIATION, LLC THROUGH: ITS REGISTERED AGENT FOR SERVICE OF PROCESS: CORPORATION SERVICE COMPANY by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said ARS ALEUT REMEDIATION, LLC being absent from the domicile at time of said service. Returned the same day No. _____ Deputy Sheriff of _____ |

ID: 10225718      Page 1 of 1