# SECRETARY OF STATE

(https://www.sos.la.gov/Pages/default.aspx)

## Search for Louisiana Business Filings

Buy Certificates and Certified Copies | Subscribe to Electronic Notification | Print Detailed Record

| Name | Type | City | Status |
|---|---|---|---|
| ARS ALEUT REMEDIATION, LLC | Limited Liability Company (Non-Louisiana) | ANCHORAGE | Active |

**Previous Names**

**Business:** ARS ALEUT REMEDIATION, LLC
**Charter Number:** 41280125Q
**Registration Date:** 9/5/2013

**Domicile Address**
    4000 OLD SEWARD HWY. #300
    ANCHORAGE, AK 99503

**Mailing Address**
    2609 NORTH RIVER ROAD
    PORT ALLEN, LA 70767

**Principal Business Office**
    4000 OLD SEWARD HWY. #300
    ANCHORAGE, AK 99503

**Registered Office in Louisiana**
    3867 PLAZA TOWER DR.
    BATON ROUGE, LA 70816

**Principal Business Establishment in Louisiana**
    C/O CORPORATION SERVICE COMPANY
    320 SOMERULOS ST.
    BATON ROUGE, LA 70802

**Status**

| | |
|---|---|
| Status: | Active |
| Annual Report Status: | In Good Standing |
| Qualified: | 9/5/2013 |
| Last Report Filed: | 8/7/2018 |
| Type: | Limited Liability Company (Non-Louisiana) |

**Registered Agent(s)**

EXHIBIT 2

| Agent: | C T CORPORATION SYSTEM |
|---|---|
| Address 1: | 3867 PLAZA TOWER DR. |
| City, State, Zip: | BATON ROUGE, LA 70816 |
| Appointment Date: | 12/19/2018 |

## Officer(s)

Additional Officers: No

| Officer: | ARS INTERNATIONAL, LLC |
|---|---|
| Title: | Member |
| Address 1: | 2609 NORTH RIVER ROAD |
| City, State, Zip: | PORT ALLEN, LA 70767 |

## Amendments on File (3)

| Description | Date |
|---|---|
| Foreign LLC Statement of Change | 7/13/2015 |
| Foreign LLC Statement of Change | 12/28/2015 |
| Foreign LLC Statement of Change | 12/19/2018 |

Back to Search Results    New Search    View Shopping Cart

© 2019 Louisiana Department of State

GET HELP