CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 2019-6195  DIVISION "A"  SECTION 16

FILED

2019 JUN 20 PM 2:58

CIVIL
DISTRICT COURT

ERIC LASSAIR, PATRICIA LASSAIR
AND TELEJACKS & THINGS, INC.

VERSUS

CITY OF NEW ORLEANS AND ARS ALEUT REMEDIATION, LLC

FILED: _____    CHELSEY RICHARD NAPOLEON
                                   CLERK, DEPUTY CLERK
                                   402 CIVIL COURTS BUILDING

**PLAINTIFFS' MOTION AND ORDER
COMMANDING THE DEFENDANTS TO TAKE ACTIONS TO PROTECT THE
HEALTH, SAFETY AND WELFARE OF ALL PUTATIVE CLASS MEMBERS AND TO
IDENTIFY AND PRESERVE EVIDENCE**

**EXPEDITED HEARING REQUESTED:** Expedited consideration of this motion is necessary due to the immediate health threat posed to hundreds of New Orleanians who live, work and attend school in close proximity to the 3400 block of Lowerline Street in New Orleans, Louisiana.

NOW INTO COURT, through undersigned counsel, come Plaintiffs Eric Lassair, et al., individually and on behalf of a class of persons similarly-situated, who respectfully move the Court to issue an emergency Order to safeguard the health, safety and welfare of the Plaintiffs and putative class members, who are residents, home owners, and business owners in the Gert Town neighborhood located in close proximity to the 3400 block of Lowerline Street in New Orleans, Louisiana, where the City and its remediation contractor extracted Radium 226 and other radioactive materials from the soil.

Plaintiffs are requesting an emergency Order granting the following relief:

1) An Order directing the <u>immediate</u> removal of any and all storage containers (roll off bins) used by the remediation contractor in the remediation of Radium 226 and other toxic materials to safeguard the health, safety and welfare of the Gert Town neighborhood which is the subject of this matter. The presence of storage containers (roll off bins) in front of residential property on a public street is causing a fear of contracting cancer and other diseases. It is also causing fear, fright and emotional distress because the containers either had radioactive contaminated soil in them or still have radioactive contaminated soil in them. *(Exhibit "A", photographs; Exhibit "B", Roadwork Notice and Frequency Asked Questions)*

2) An Order directing the immediate production of the results of any and all soil samples, environmental testing, and studies that identify the nature of the contaminants, the amount of contamination, and the levels of exposure that may pose a health risk to the putative class. Plaintiffs require this information to seek appropriate medical treatment.

3) An Order directing the Defendants, their employees, agents, attorneys and/or anyone acting on their behalf to preserve all evidence relative to Plaintiffs' claims of the presence



EXHIBIT 3

of Radium 226 and other radioactive and/or toxic materials found in the Gert Town neighborhood located in close proximity to the 3400 block of Lowerline Street in New Orleans, Louisiana.

4) An Order directing the Defendants to produce the names and addresses of the multiple scientists that the City allegedly retained to perform tests to determine that the remediation did not pose a health risk to the residents.

5) An Order directing the Defendants to identify, with particularity, all third parties who have performed soil sampling, testing and studies, to identify third parties who have the soil samples in their care, custody and control, and to produce a complete chain of custody of all contaminants excavated from the 3400 block of Lowerline Street in New Orleans, Louisiana, since May 28, 2019.

6) An Order directing the Defendants to produce the results of any testing which has been done so that the Plaintiffs can seek appropriate medical care and monitoring and the attorneys can seek immediate discovery from parties within the exclusive control of this information.

7) An Order directing the Defendants to immediately produce all documents obtained from the U.S. Environmental Protection Agency, Louisiana Department of Environmental Quality, Agency for Toxic Substances and Disease Registry or other third parties in the interest of public safety and welfare.

The reasons in support of this motion are more fully discussed in the attached memorandum.

RESPECTFULLY SUBMITTED BY:

*Suzette Bagneris*

Suzette P. Bagneris (LSBA No. 22241)
Emile A. Bagneris, III (LSBA No. 22240)
THE BAGNERIS FIRM, LLC
2714 Canal Street, Suite 403
New Orleans, Louisiana 70119
Telephone: (504) 810-3995
Email: sbagneris@bagnerislawfirm.com

Madro Banderies (LSBA No. 25339)
Post Office Box 56458
New Orleans, Louisiana 70156
Telephone: (504) 218-4815
Facsimile: (504) 324-0684
Email: madro@bandarieslaw.com

Steven J. Rando (LSBA No. 23265)
3530 Canal Street
New Orleans, Louisiana 70119
Telephone: (504) 486-7122
Facsimile: (504) 486-7102
Email: Steve@randolaw.com

**PLEASE SERVE:**

**CITY OF NEW ORLEANS**
Through New Orleans City Attorney
Sunni J. LeBeouf
City of New Orleans
Law Department
1300 Perdido Street, 5th Floor – Room E503
New Orleans, Louisiana 70112

**ARS ALEUT REMEDIATION, LLC**
Through its registered agent for service of process:
CORPORATION SERVICE COMPANY
320 Somerulos Street
Baton Rouge, Louisiana 70802

FILED

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 2019-6195          DIVISION "A"          SECTION 16

ERIC LASSAIR, PATRICIA LASSAIR
AND TELEJACKS & THINGS, INC.

VERSUS

CITY OF NEW ORLEANS AND ARS ALEUT REMEDIATION, LLC

FILED: _____          _____
                                              DEPUTY CLERK

### RULE TO SHOW CAUSE/EXPEDITED CONSIDERATION

**CONCERNING THE FOREGOING MOTION,**

**IT IS ORDERED** that the Defendants appear before the Court on the _____ day of _____, 2019, at _____ o'clock _____.M., why the Plaintiffs' Motion and Order Commanding the Defendants to Take Immediate Actions to Protect the Health, Safety and Welfare of all Putative Class Members and to Identify and Preserve Evidence should not be granted.

New Orleans, Louisiana, on this _____ day of _____, 2019.

_____
HON. ELLEN HAZEUR,
DISTRICT JUDGE, DIVISION "A"

**PLEASE SERVE:**

**CITY OF NEW ORLEANS**
Through New Orleans City Attorney
Sunni J. LeBeouf
City of New Orleans
Law Department
1300 Perdido Street, 5th Floor – Room E503
New Orleans, Louisiana 70112

**ARS ALEUT REMEDIATION, LLC**
Through its registered agent for service of process:
CORPORATION SERVICE COMPANY
320 Somerulos Street
Baton Rouge, Louisiana 70802



FILED

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS 2019 JUN 20 PM 2: 58

STATE OF LOUISIANA

NO. 2019-6195        DIVISION "A"        SECTION 16

CIVIL DISTRICT COURT

ERIC LASSAIR, PATRICIA LASSAIR
AND TELEJACKS & THINGS, INC.

VERSUS

CITY OF NEW ORLEANS AND ARS ALEUT REMEDIATION, LLC

FILED: _____        _____
                                        DEPUTY CLERK

### PLAINTIFFS' MEMORANDUM IN SUPPORT MOTION AND ORDER COMMANDING THE DEFENDANTS TO TAKE ACTIONS TO PROTECT THE HEALTH, SAFETY AND WELFARE OF ALL PUTATIVE CLASS MEMBERS AND TO IDENTIFY AND PRESERVE EVIDENCE

### EXPEDITED HEARING REQUESTED

MAY IT PLEASE THE COURT:

**Expedited consideration of this motion is necessary due to the immediate health threat posed to hundreds of New Orleanians who live in close proximity to the 3400 block of Lowerline Street in New Orleans, Louisiana.**

Plaintiffs, and a putative class of similarly situated persons, are current or former resident, home owners and/or business owners living and/or working within close proximity to the 3400 block of Lowerline Street in New Orleans, Louisiana, where the City identified the presence of Radium 226 and other radioactive materials in 2013, secreted that knowledge from the public until May 18, 2019, and performed an excavation (remediation) of Radium 226 and other radioactive materials beginning on May 28, 2019.

This area is in close proximity to a former U.S. EPA Superfund Site located the former warehouse where the Thompson-Haywood Chemical Company once stood, and an O'Reilly Auto Parts store now sits at 7600 Earhart Boulevard in New Orleans, Louisiana. The building, that has been converted into an O'Reilly Auto Parts, was formerly a warehouse owned by Harcros. Between 1941 until 1977, the property was operated as a pesticide plant owned and operated by the Thompson-Haywood Chemical Company, a predecessor of defendant THAN. Beginning in 1977, the subject property was used as a warehouse storing industrial and dry cleaning chemicals and pesticides. In 1981, Harcros purchased the subject property. In 1989,



Harcros and THAN, in conjunction with the Louisiana Department of Environmental Quality, began a remedial clean-up of the plant site. After the clean-up, there were permanent land-use restrictions and environmental restrictions regarding excavating the site.

Upon information and belief, the Defendant **CITY OF NEW ORLEANS** was informed in 2013 of the presence of radioactive materials in the subsurface soil located at or near Lowerline Street and Edinburg Streets in New Orleans, Louisiana. This discovery was made while scanning for security threats in preparation of hosting the 2013 Superbowl in New Orleans, Louisiana.

Despite having knowledge of the presence of hazardous radioactive materials in the subsurface soil located at or near Lowerline, Street and Edinburg Streets in New Orleans, Louisiana, the City took no action to warn and/or to protect Plaintiffs, other residents or other business owners of the presence of soil contamination, the risk of exposure to Radium-226 and radiation; the reasonable steps to take in an emergency when exposed; the health effects that are common to exposure; how a person can tell if they have been exposed; and short and/or long term health effects associated with exposure to Radium-226 and radiation. The discovery of a hazardous condition was secreted from the public.

In 2018, the Defendant City decided to remediate the presence of underground material producing radiation below the road surface at the intersection of Lowerline Street and Coolidge Court. The Defendant City quietly retained a maintenance contractor, Defendant ARS, in December 2018 to remove and dispose of what had been identified as hazardous material located beneath the surface of the Lowerline Street and Coolidge Court intersection.

Once remediation efforts ensued, the Defendants City and ARS, and the Louisiana Department of Environmental Quality, discovered that the contamination area was larger than originally anticipated and would need to be addressed as part of a subsequent effort. Since that time, the Defendant City and the U.S. Environmental Protection Agency and the Louisiana Department of Environmental Quality have collaborated to develop a remediation plan to address the contamination area on Lowerline Street between Olive and Edinburgh streets. Furthermore, multiple scientists and experts were consulted regarding health risks for short and long term exposures, and the risk that the remediation would pose to human health.

In advance of the commencement remediation work, on May 18, 2019, representatives from the City's Health Department and the Department of Public Works canvassed a five block

radius of the location and placed reading materials entitled "Construction Notice" in mailboxes and on doors of residents and business owners. *(Exhibit "A", Construction Notice)* The document is a far cry from a mundane notice regarding construction activity; instead, it notifies residents and business owners for the very first time that contaminated soil was discovered in the 3400 block of Lowerline Street near the intersection of Lowerline and Coolidge Streets. It advises them that on May 28, 2019, the U.S. EPA, Louisiana Department of Environmental Quality and City will begin removing radiation contaminated soil. It notifies them that the radiation has been there for "some time, and is being removed out of an abundance of caution." It advises them to expect mediation crews wearing "personal protective equipment including disposable coveralls and gloves during operations." It notifies them that radioactive materials will be placed in storage containers in their neighborhood. The "Construction Notice" was attached to a listing of "Frequently Asked Questions" regarding exposure to Radium-226 and radiation. *(Exhibit "B", Frequently Asked Questions)*

On Tuesday, May 28, 2019, excavation and remediation work began in the subject neighborhood. Crews have excavated the site wearing personal protective equipment including disposable coveralls and gloves necessary to limit their exposure to toxins, while Plaintiffs and other residents, home owners and business owners have been exposed to contamination without protection. Underground materials have been excavated and placed in large containers on the site, just feet from the homes of Gert Town residents.

Receipt of the "Construction Notice and Frequently Asked Questions" and remediation activities in the neighborhood was shocking, alarming and disturbing to residents, home owners and business owners in the subject neighborhood. It was also alarming to former residents, home owners and business owners in the subject neighborhood who saw televised and print media news stories regarding Radium-226 and radiation being underground for "some time," prior to discovery in 2013. What's more, it has caused the community great concern that the Defendant City had actual knowledge of the hazardous materials in 2013 and failed to warn residents of the hazardous condition of the soil, thereby exposing them to illness and death as a result of radiation contamination.

Despite assurances from representatives of the Defendants City, ARS, and governmental agencies, the residents and business owners in the subject area have been very alarmed and have experienced emotional distress regarding their exposure to radioactive materials at the site.

Plaintiffs were not relocated during remediation. They were not given an opportunity to relocate; and/or provided with personal protective gear during the remediation process. And, to date no officials from the City, the LDEQ, or the U.S. EPA have held public meetings with them to communicate exactly what contamination the community was exposed to and what the health risks are associated with the exposure.

**At this present time, five roll off bins are sitting within feet of residential property on the 3400 block of Lowerline Street. The bins are fenced with chain link fencing and there are warning signs posted on the fences. Plaintiffs do not know if the roll off bins sitting in their community contain Radium 226 and other radioactive materials. City officials have refused to come to the community to discuss the remediation efforts and the potential health risk. This failure to communicate, coupled with the location of roll off bins and the fencing, is causing extreme fear, anxiety and emotional distress. There is a NORD-operated community pool within one block of this environmental hotspot.**

As such, Plaintiffs are requesting that the Court issue orders in the interest of protecting the public. Plaintffs request the following:

Plaintiffs are requesting an emergency Order granting the following emergency relief:

1) An Order directing the <u>immediate</u> removal of any and all storage containers (roll off bins) used by the remediation contractor in the remediation of Radium 226 and other toxic materials to safeguard the health, safety and welfare of the Gert Town neighborhood which is the subject of this matter. The presence of storage containers (roll off bins) in front of residential property on a public street is causing a fear of contracting cancer and other diseases. It is also causing fear, fright and emotional distress because the containers either had radioactive contaminated soil in them or still have radioactive contaminated soil in them. *(Exhibit "A", photographs; Exhibit "B", Roadwork Notice and Frequency Asked Questions)*

2) An Order directing the immediate production of the results of any and all soil samples, environmental testing, and studies that identify the nature of the contaminants, the amount of contamination, and the levels of exposure that may pose a health risk to the putative class. Plaintiffs require this information to seek appropriate medical treatment.

3) An Order directing the Defendants, their employees, agents, attorneys and/or anyone acting on their behalf to preserve all evidence relative to Plaintiffs' claims of the presence of Radium 226 and other radioactive and/or toxic materials found in the Gert Town neighborhood located in close proximity to the 3400 block of Lowerline Street in New Orleans, Louisiana.

4) An Order directing the Defendants to produce the names and addresses of the multiple scientists that the City allegedly retained to perform tests to determine that the remediation did not pose a health risk to the residents.

5) An Order directing the Defendants to identify, with particularity, all third parties who have performed soil sampling, testing and studies, to identify third parties who have the soil samples in their care, custody and control, and to produce a complete chain of custody of all contaminants excavated from the 3400 block of Lowerline Street in New Orleans, Louisiana, since May 28, 2019.

6) An Order directing the Defendants to produce the results of any testing which has been done so that the Plaintiffs can seek appropriate medical care and monitoring and the attorneys can seek immediate discovery from parties within the exclusive control of this information.

7) An Order directing the Defendants to immediately produce all documents obtained from the U.S. Environmental Protection Agency, Louisiana Department of Environmental Quality, Agency for Toxic Substances and Disease Registry or other third parties in the interest of public safety and welfare.

Plaintiffs offer the following jurisprudence in support of their contention that the presence of Radium 226 and other radioactive materials in close proximity to their homes, businesses, schools and a public pool poses a serious danger to human health: *Hickman v. Exxon Mobil Corporation*, 255 So.3d 1097 (La. App. 1 Cir. August 8, 2018); *Lester v. Exxon Mobil Corp.*, 102 So.3d 148 (La. App. 5th Cir. 2012); *Marin v. Exxon Mobil Corp.*, 48 So.3d 234 (La. 2010); *Hill v. Exxon Mobil Corp.*, (E.D. La. 2013); *Grefer v. Alpha Technical*, 901 So.2d 117 (La. 2005); *In the matter of Gen. Permit for Discharges from Oil & Gas Exploration*, 70 So.3d 101 (La. 1st Cir. App. 2011); *Eagle Pipe & Supply, Inc. v. Amerada Hess Corp.*, 47 So.3d 428 (La. App. 2010); *Train v. Colorado Public Interest Research Group, Inc.*, 426 U.S. 1, 96 S.Ct. 1938, 48 L.Ed.2d 434 (1976); *Waste Management of La. v. Tadlock Pipe & Equip.*, 889 So.2d 457 (La. App. 3rd Cir. 2004).

RESPECTFULLY SUBMITTED BY:

*/s/ Suzette Bagneris*

Suzette P. Bagneris (LSBA No. 22241)
Emile A. Bagneris, III (LSBA No. 22240)
THE BAGNERIS FIRM, LLC
2714 Canal Street, Suite 403
New Orleans, Louisiana 70119
Telephone: (504) 810-3995
Email: sbagneris@bagnerislawfirm.com

Madro Banderies (LSBA No. 25339)
Post Office Box 56458
New Orleans, Louisiana 70156
Telephone: (504) 218-4815
Facsimile: (504) 324-0684
Email: madro@bandarieslaw.com

Steven J. Rando (LSBA No. 23265)
3530 Canal Street
New Orleans, Louisiana 70119
Telephone: (504) 486-7122
Facsimile: (504) 486-7102
Email: Steve@randolaw.com







# CITY OF NEW ORLEANS
# ROADWORK
ROADWORK.NOLA.GOV

FILED
2019 JUN 20 PM 2: 58
CIVIL
DISTRICT COURT

## Construction Notice
### Lowerline Street (Olive to Edinburgh)
### May 18, 2019

The Environmental Protection Agency (EPA), the Louisiana Department of Environmental Quality (LDEQ) and the City of New Orleans will begin removing radiation contaminated soil found in the 3400 block of Lowerline Street near the intersection of Lowerline and Coolidge streets on Tuesday, May 28, 2019. The origin of the material is unknown and while it has been present for some time, it is being removed out of an abundance of caution.

**What to Expect:** The excavation, removal and disposal operations will require temporary closure of Lowerline St. between Olive and Edinburgh streets and Coolidge Ct. between Lowerline and Pine streets. Crew members will wear Personal Protective Equipment (PPE) including disposable coveralls and gloves during operations.

All excavated material and soil will be placed in roll off bins for safe removal from the area. Representatives from EPA, LDEQ and the City will be onsite throughout operations to answer questions and be sure that any possible exposure is below the established limits.

Traffic flow will be restricted by barricades and plastic sheeting may be used to protect the ground around the excavation. Metal and silt fencing will also prevent access to the excavation site and any possible runoff.

Residents should plan to park on side streets during the excavation work. Weather permitting, work will begin on Tuesday, May 28 and will take approximately two weeks to complete. Crews will be permitted to work from 7 a.m. to sunset.

Questions may be directed to 504.657.9169 or roadwork@nola.gov.

Thank you for your patience.

-over-

VERIFIED



**How did U.S. Environmental Protection Agency (EPA) get involved?**
U.S. EPA used its authority under the Comprehensive Environmental Response, and Compensation, Liability Act (CERCLA). CERCLA, also known as "Superfund," is a law designed to help cleanup abandoned waste facilities.

**How do I detect radiation?**
You cannot sense radiation. Radiation can only be detected using specialized instruments. Emergency responders are skilled in using these instruments.

**What happens when I am exposed to radiation?**
You may not experience any health effects. A very large dose of radiation may cause skin burns, nausea and vomiting. If you have these symptoms, seek medical attention immediately.

**What are common sources of radiation?**
Low levels of radiation come from a number of sources. These include natural background. They also include sources such as medical x-rays.

**What are the reasonable steps to take in an emergency?**
Follow safety instructions from public officials. Minimize the time you spend in areas with elevated radiation levels. Avoid areas where radiation levels are elevated.

**What happens when I am exposed to radiation?**
You may not experience any health effects. A very large dose of radiation may cause skin burns, nausea and vomiting. If you have these symptoms, seek medical attention immediately.

**How can I tell if I have been exposed?**
Skin burns, nausea and vomiting can result from large doses of radiation. Seek medical attention immediately if you have these symptoms. If you think you have been contaminated, shower and change into clean clothes. Place contaminate clothing in a plastic bag and seal it. Place the bag as far away as possible form humans and animals. Bagged clothing can be examined later to determine if you were contaminated.

**What should I do if I am asked to shelter-in-place?**
Shelter in place means get indoors as soon as possible. Close all exterior vents and windows. If needed, use air-conditioning (and heat), preferably in recirculation mode.

**What are you doing to protect public health and the environment?**
Our primary concern is the health and safety of the public. We are working closely with local, state and federal partners to remove the contamination and dispose of it off site to a facility that is approved to accept the contaminated soil.

**How can Radium-226 and radiation affect my health?**

Everyone is exposed to low levels of radium in nature. Eating or inhaling higher levels of radium over a long period can lead to health problems. Direct exposure to radiation from the breakdown of radium-226 can damage our cells. Over time, cell damage can lead to specific types of cancer.

There is no direct exposure to radium since it has not been ingested and inhaled. Exposure to high levels of radium may increase your risk of developing bone, liver, breast and some blood cancers, anemia (a problem with the blood), fractured teeth and cavities, and cataracts in the eyes. Some of these health problems may take years to develop.

**How should dust contamination be controlled during remediation work?**
EPA has determined the best engineering controls are water and moderation. Dust will be addressed with water, but if readings on the perimeter of the excavation site show a reading of higher than 10 micro R per hour a containment tent may be considered. At this time EPA does not anticipate a containment tent as a necessary precaution. EPA will have onsite monitors at the perimeter of the roadway and also, in the excavation site(s). Air sampling units will also be in place during operations. Pumps pull air samples throughout excavation to confirm that operations are safe. The air monitors provide results within minutes of air samples.

FILED
JUN 20 PM 2:58
CIVIL
DISTRICT COURT

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 2019-6195                DIVISION "A"                SECTION 16

ERIC LASSAIR, PATRICIA LASSAIR
AND TELEJACKS & THINGS, INC.

VERSUS

CITY OF NEW ORLEANS AND ARS ALEUT REMEDIATION, LLC

FILED: _____      _____
                                         DEPUTY CLERK

**RULE TO SHOW CAUSE/EXPEDITED CONSIDERATION**

CONCERNING THE FOREGOING MOTION,

IT IS ORDERED that the Defendants appear before the Court on the 27th day of June, 2019, at 09:30 o'clock A.M., why the Plaintiffs' Motion and Order Commanding the Defendants to Take Immediate Actions to Protect the Health, Safety and Welfare of all Putative Class Members and to Identify and Preserve Evidence should not be granted.

New Orleans, Louisiana, on this _____ day of _____, 2019.

JUN 20 2019

_____
HON.
DISTRICT JUDGE, DIVISION "A"

D. Nicole Sheppard
Judge - Division "J"

**PLEASE SERVE:**

**CITY OF NEW ORLEANS**
Through New Orleans City Attorney
Sunni J. LeBeouf
City of New Orleans
Law Department
1300 Perdido Street, 5th Floor – Room E503
New Orleans, Louisiana 70112

**ARS ALEUT REMEDIATION, LLC**
Through its registered agent for service of process:
CORPORATION SERVICE COMPANY
320 Somerulos Street
Baton Rouge, Louisiana 70802

APPROVED DATE ONLY

_____
DIVISION "A"

VERIFIED
6/21/19