CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 19-6195

DIVISION "A"



**A**

SECTION 16

ERIC LASSAIR, PATRICIA LASSAIR
AND TELEJACKS & THINGS, INC.

VERSUS

CITY OF NEW ORLEANS AND ARS ALEUT REMEDIATION, LLC

FILED: _____   _____ DEPUTY CLERK

PETITION FOR DAMAGES and DEMAND FOR JURY TRIAL

NOW INTO COURT, come Plaintiffs ERIC LASSAIR, PATRICIA LASSAIR

AND TELEJACKS & THINGS, INC, who bring this tort action against Defendants CITY

OF NEW ORLEANS ["City"] and ARS ALEUT REMEDIATION, LLC ["ARS"] seeking

damages for bodily injury, emotional distress, and stigma damages regarding property value, for

the following reasons, to-wit:

PLAINTIFFS

1.

Plaintiff **ERIC LASSAIR** is a person of the full age of majority domiciled in the Parish

of Orleans, State of Louisiana. He is a former resident of a Gert Town neighborhood located in

close proximity to Lowerline, Street and Edinburg Streets in New Orleans, Louisiana. He is

currently a business owner of **TELEJACKS, INC.**, which is located at 7810

Edinburg Street, New Orleans, Louisiana.

2.

Plaintiff **PATRICIA LASSAIR** is a person of the full age of majority domiciled in the

Parish of Orleans, State of Louisiana. She is the owner and resident of 7715 Coolidge Court in

New Orleans, Louisiana.



EXHIBIT
**4**


Malik Hale
VERIFIED
6·13·19

## DEFENDANTS

3.

Defendant **CITY OF NEW ORLEANS** is a municipality created and authorized to be sued and to sue under the Constitution of the State of Louisiana.

4.

Defendant **ARS ALEUT REMEDIATION, LLC** is a foreign corporation domiciled in Anchorage, Arkansas, and having a business office located at 3867 Plaza Tower Drive in Baton Rouge, Louisiana, with the capacity to sued and be sued.

## JURISDICTION AND VENUE

5.

This Honorable Court has jurisdiction over Defendants, each of which committed tortious acts and/or omissions in Orleans Parish, Louisiana.

6.

Venue is proper in this judicial district pursuant to Articles 74 and 593 because Defendants engaged in wrongful conduct in and damages were sustained within this judicial district. In addition, all Plaintiffs are residents and citizens of the State of Louisiana and domiciled in Orleans Parish.

## CLAIMS

7.

Plaintiffs are current or former resident, home owners and/or business owners living and/or working within three blocks of the former warehouse where the Thompson-Haywood Chemical Company once stood[1], and an O'Reilly Auto Parts store now sits at 7600 Earhart Boulevard in New Orleans, Louisiana. The building, that has been converted into an O'Reilly Auto Parts, was formerly a warehouse owned by Harcros. Between 1941 until 1977, the property was operated as a pesticide plant owned and operated by the Thompson-Haywood Chemical Company, a predecessor of defendant THAN. Beginning in 1977, the subject property was used as a warehouse storing industrial and dry cleaning chemicals and pesticides. In 1981, Harcros purchased the subject property. In 1989, Harcros and THAN, in conjunction with the Louisiana Department of Environmental Quality, began a remedial clean-up of the plant site. After the

---

[1]    The municipal address of Thompson-Haywood Chemical Company was 7700 Earhart Blvd., New Orleans, Louisiana.

clean-up, there were permanent land-use restrictions and environmental restrictions regarding excavating the site.

8.

Upon information and belief, the Defendant **CITY OF NEW ORLEANS** was informed in 2013 of the presence of radioactive materials in the subsurface soil located at or near Lowerline, Street and Edinburg Streets in New Orleans, Louisiana. This discovery was made while scanning for security threats in preparation of hosting the 2013 Superbowl in New Orleans, Louisiana.

9.

Despite having knowledge of the presence of hazardous radioactive materials in the subsurface soil located at or near Lowerline, Street and Edinburg Streets in New Orleans, Louisiana, the City took no action to warn and/or to protect Plaintiffs, other residents or other business owners of the presence of soil contamination, the risk of exposure to Radium-226 and radiation; the reasonable steps to take in an emergency when exposed; the health effects that are common to exposure; how a person can tell if they have been exposed; and short and/or long term health effects associated with exposure to Radium-226 and radiation. The discovery of a hazardous condition was secreted from the public.

10.

In 2018, the Defendant City decided to remediate the presence of underground material producing radiation below the road surface at the intersection of Lowerline Street and Coolidge Court.[2] The Defendant City quietly retained a maintenance contractor, Defendant ARS, in December 2018 to remove and dispose of what had been identified as hazardous material located beneath the surface of the Lowerline Street and Coolidge Court intersection.

11.

Once remediation efforts ensued, , the Defendants City and ARS, and the Louisiana Department of Environmental Quality, discovered that the contamination area was larger than originally anticipated and would need to be addressed as part of a subsequent effort. Since that time, the Defendant City and the U.S. Environmental Protection Agency and the Louisiana Department of Environmental Quality have collaborated to develop a remediation plan to address

---

[2] While the origin of the radioactive material is unknown at this time, it is more likely than not, that the origins of the contamination are the remnants of the operations of a chemical plant on or near the property by Thompson-Haywood Chemical Company and its affiliates.

the contamination area on Lowerline Street between Olive and Edinburgh streets. Furthermore, multiple scientists and experts were consulted regarding health risks for short and long term exposures, and the risk that the remediation would pose to human health.

12.

In advance of the commencement remediation work, on May 18, 2019, representatives from the City's Health Department and the Department of Public Works canvassed a five block radius of the location and placed reading materials entitled "Construction Notice" in mailboxes and on doors of residents and business owners. *(Exhibit "A", Construction Notice)* The document is a far cry from a mundane notice regarding construction activity; instead, it notifies residents and business owners for the very first time that contaminated soil was discovered in the 3400 block of Lowerline Street near the intersection of Lowerline and Coolidge Streets. It advises them that on May 28, 2019, the U.S. EPA, Louisiana Department of Environmental Quality and City will begin removing radiation contaminated soil. It notifies them that the radiation has been there for "some time, and is being removed out of an abundance of caution." It advises them to expect mediation crews wearing "personal protective equipment including disposable coveralls and gloves during operations." It notifies them that radioactive materials will be placed in storage containers in their neighborhood. The "Construction Notice" was attached to a listing of "Frequently Asked Questions" regarding exposure to Radium-226 and radiation. *(Exhibit "B", Frequently Asked Questions)*

13.

On Tuesday, May 28, 2019, excavation and remediation work began in the subject neighborhood. Crews have excavated the site wearing personal protective equipment including disposable coveralls and gloves necessary to limit their exposure to toxins, while Plaintiffs and other residents, home owners and business owners have been exposed to contamination without protection. Underground materials have been excavated and placed in large containers on the site, just feet from the homes of Gert Town residents.

14.

Receipt of the "Construction Notice and Frequently Asked Questions" and remediation activities in the neighborhood was shocking, alarming and disturbing to residents, home owners and business owners in the subject neighborhood. It was also alarming to former residents, home owners and business owners in the subject neighborhood who saw televised and print media

news stories regarding Radium-226 and radiation being underground for "some time," prior to discovery in 2013. What's more, it that the Defendant City had actual knowledge of the hazardous materials in 2013 and failed to warn residents of the hazardous condition of the soil, thereby exposing them to illness and death as a result of radiation contamination.

15.

Despite assurances from representatives of the Defendants City, ARS, and governmental agencies, the residents and business owners in the subject area have been very alarmed and have experienced emotional distress regarding their exposure to radioactive materials at the site.

16.

Plaintiffs contend that the remediation has caused them adverse health effects and emotional distress because of the manner in which it was conducted by the Defendants City and ARS. They should have been relocated during remediation; given an opportunity to relocate; and/or provided with personal protective gear during the remediation process.

17.

As a direct result of the Defendants acts and/or omissions, the Plaintiff have suffered and will continue to suffer:

a) Bodily injuries associated with exposure to Radium 226 and/or radiation;

b) Increased risk of adverse health effects associated with exposure to Radium 226 and/or radiation;

c) Fear of contraction of disease as a result of exposure to Radium 226 and/or radiation;

d) Emotional distress and anxiety;

e) Diminution and/or decrease in property values from environmental stigma;

f) Medical Monitoring; and

g) Other damages to be determined at trial.

18.

Plaintiffs aver that, upon information and belief, there are former and current residents, home owners and business owners similarly situated to them and having common claims against the Defendants. Upon discovery, if this is the case, Plaintiffs are entitled to maintain this action as a class action pursuant to La. C.C.P. art. 591, with the following class definition:

"All former and current residents, home owners, and/or business owners of the Gert Town neighborhood living and/or working within three blocks of the former warehouse

where the Thompson-Haywood Chemical Company once stood[3], and an O'Reilly Auto Parts store now sits at 7600 Earhart Boulevard in New Orleans, Louisiana, who claim to have suffered bodily injuries, emotional distress, property devaluation, and other damages associated with the presence of and/or remediation of Radium-226 and radiation in the soil at or near Lowerline, Street and Edinburg Streets in New Orleans, Louisiana."

19.

If, upon discovery, this action is sought to be certified to proceed as a class action, Plaintiffs will prove that class members are in the thousands such that joinder is impracticable; there are questions of fact and law that are common to all class member; common issues predominate over individual issues; named plaintiffs will fairly and adequately protect the interests of the proposed class; their attorneys are experienced in the prosecution of class actions and will adequately represent the interests of the class; Plaintiffs and their counsel are aware of no conflicts of interests between them and similarly situated individuals. Plaintiffs have, or can acquire, adequate financial resources to assure that the interests of the potential class will not be harmed. Plaintiffs are knowledgeable concerning the subject matter of this action and will assist counsel in the prosecution of this litigation. And, prosecution of separate actions by individual plaintiffs rather than as a class as proposed would create significant risks of inconsistent or varying judgments.

**DEMAND FOR JURY TRIAL**

20.

Plaintiffs hereby demand a trial by jury on all issues so triable.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs pray that, after all due proceedings are had, this action be ordered to go forward as a class action as petitioned for herein, there be judgment in favor of Plaintiffs and against Defendants for all relief to which they are legally entitled with judicial interests, cost and attorney's fees, from the date of judicial demand.

---

[3] The municipal address of Thompson-Haywood Chemical Company was 7700 Earhart Blvd., New Orleans, Louisiana.

RESPECTFULLY SUBMITTED BY:

*Suzette P. Bagneris*

Suzette P. Bagneris (LSBA No. 22241)
Emile A. Bagneris, III (LSBA No. 22240)
THE BAGNERIS FIRM, LLC
2714 Canal Street, Suite 403
New Orleans, Louisiana 70119
Telephone: (504) 810-3995
Email: sbagneris@bagnerislawfirm.com

Madro Banderies (LSBA No. 25339)
Post Office Box 56458
New Orleans, Louisiana 70156
Telephone: (504) 552-9040
Facsimile: (504) 324-0684
Email: madro@bandarieslaw.com

Steven J. Rando (LSBA No. 23265)
3530 Canal Street
New Orleans, Louisiana 70119
Telephone: (504) 486-7122
Facsimile: (504) 486-7102
Email: Steve@randolaw.com

**PLEASE SERVE:**

**CITY OF NEW ORLEANS**
Through New Orleans City Attorney
Sunni J. LeBeouf
City of New Orleans
Law Department
1300 Perdido Street, 5th Floor – Room E503
New Orleans, Louisiana 70112

**ARS ALEUT REMEDIATION, LLC**
Through its registered agent for service of process:
CORPORATION SERVICE COMPANY
320 Somerulos Street
Baton Rouge, Louisiana 70802



CITY OF NEW ORLEANS
ROADWORK.NOLA.GOV

FILED

Construction Notice
Lowerline Street (Olive to Edinburgh)
May 18, 2019

2019 JUN 12  AM 11: 58

CIVIL
DISTRICT COURT

The Environmental Protection Agency (EPA), the Louisiana Department of Environmental Quality (LDEQ) and the City of New Orleans will begin removing radiation contaminated soil found in the 3400 block of Lowerline Street near the intersection of Lowerline and Coolidge streets on Tuesday, May 28, 2019. The origin of the material is unknown and while it has been present for some time, it is being removed out of an abundance of caution.

**What to Expect:** The excavation, removal and disposal operations will require temporary closure of Lowerline St. between Olive and Edinburgh streets and Coolidge Ct. between Lowerline and Pine streets. Crew members will wear Personal Protective Equipment (PPE) including disposable coveralls and gloves during operations.

All excavated material and soil will be placed in roll off bins for safe removal from the area. Representatives from EPA, LDEQ and the City will be onsite throughout operations to answer questions and be sure that any possible exposure is below the established limits.

Traffic flow will be restricted by barricades and plastic sheeting may be used to protect the ground around the excavation. Metal and silt fencing will also prevent access to the excavation site and any possible runoff.

Residents should plan to park on side streets during the excavation work. Weather permitting, work will begin on Tuesday, May 28 and will take approximately two weeks to complete. Crews will be permitted to work from 7 a.m. to sunset.

Questions may be directed to 504.657.9169 or roadwork@nola.gov.

Thank you for your patience.

-over-



Frequently Asked Questions

**How did U.S. Environmental Protection Agency (EPA) get involved?**
U.S. EPA used its authority under the Comprehensive Environmental Response, and Compensation, Liability Act (CERCLA). CERCLA, also known as "Superfund," is a law designed to help cleanup abandoned waste facilities.

**How do I detect radiation?**
You cannot sense radiation. Radiation can only be detected using specialized instruments. Emergency responders are skilled in using these instruments.

**What happens when I am exposed to radiation?**
You may not experience any health effects. A very large dose of radiation may cause skin burns, nausea and vomiting. If you have these symptoms, seek medical attention immediately.

**What are common sources of radiation?**
Low levels of radiation come from a number of sources. These include natural background. They also include sources such as medical x-rays.

**What are the reasonable steps to take in an emergency?**
Follow safety instructions from public officials. Minimize the time you spend in areas with elevated radiation levels. Avoid areas where radiation levels are elevated.

**What happens when I am exposed to radiation?**
You may not experience any health effects. A very large dose of radiation may cause skin burns, nausea and vomiting. If you have these symptoms, seek medical attention immediately.

**How can I tell if I have been exposed?**
Skin burns, nausea and vomiting can result from large doses of radiation. Seek medical attention immediately if you have these symptoms. If you think you have been contaminated, shower and change into clean clothes. Place contaminate clothing in a plastic bag and seal it. Place the bag as far away as possible form humans and animals. Bagged clothing can be examined later to determine if you were contaminated.

**What should I do if I am asked to shelter-in-place?**
Shelter in place means get indoors as soon as possible. Close all exterior vents and windows. If needed, use air-conditioning (and heat), preferably in recirculation mode.

**What are you doing to protect public health and the environment?**
Our primary concern is the health and safety of the public. We are working closely with local, state and federal partners to remove the contamination and dispose of it off site to a facility that is approved to accept the contaminated soil.

**How can Radium-226 and radiation affect my health?**

Everyone is exposed to low levels of radium in nature. Eating or inhaling higher levels of radium over a long period can lead to health problems. Direct exposure to radiation from the breakdown of radium-226 can damage our cells. Over time, cell damage can lead to specific types of cancer.

There is no direct exposure to radium since it has not been ingested and inhaled. Exposure to high levels of radium may increase your risk of developing bone, liver, breast and some blood cancers, anemia (a problem with the blood), fractured teeth and cavities, and cataracts in the eyes. Some of these health problems may take years to develop.

**How should dust contamination be controlled during remediation work?**
EPA has determined the best engineering controls are water and moderation. Dust will be addressed with water, but if readings on the perimeter of the excavation site show a reading of higher than 10 micro R per hour a containment tent may be considered. At this time EPA does not anticipate a containment tent as a necessary precaution. EPA will have onsite monitors at the perimeter of the roadway and also, in the excavation site(s). Air-sampling units will also be in place during operations. Pumps pull air samples throughout excavation to confirm that operations are safe. The air monitors provide results within minutes of air samples.





ATTORNEY'S NAME:    Bagneris, Suzette P 22241
AND ADDRESS:    2714 Canal Street, Suite 403 , New Orleans, LA 70119

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

NO: 2019-06195          DIVISION: A          SECTION: 16

### LASSAIR, ERIC  ET AL

#### Versus

### CITY OF NEW ORLEANS  ET AL

### CITATION

TO:          CITY OF NEW ORLEANS

THROUGH:     NEW ORLEANS CITY ATTORNEY, SUNNI J. LEBEOUF

             CITY OF NEW ORLEANS, LAW DEPARTMENT, 1300 PERDIDO STREET, 5TH FLOOR - ROOM E503, NEW ORLEANS, LA 70112

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

PETITION FOR DAMAGES AND DEMAND FOR JURY TRIAL

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA June 19, 2019**

Clerk's Office, Room 402, Civil Courts          CHELSEY RICHARD NAPOLEON, Clerk of
421 Loyola Avenue                               The Civil District Court
New Orleans, LA                                 for the Parish of Orleans
                                                State of LA
                                                by
                                                Malik Haley, Deputy Clerk

---

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within | On this _____ day of _____ served a copy of the within |
| PETITION FOR DAMAGES AND DEMAND FOR JURY TRIAL | PETITION FOR DAMAGES AND DEMAND FOR JURY TRIAL |
| ON CITY OF NEW ORLEANS | ON CITY OF NEW ORLEANS |
| THROUGH: NEW ORLEANS CITY ATTORNEY, SUNNI J. LEBEOUF | THROUGH: NEW ORLEANS CITY ATTORNEY, SUNNI J. LEBEOUF |
| Returned the same day | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and |
| _____ No. _____ | discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating |
| Deputy Sheriff of _____ | HIM/HER the said CITY OF NEW ORLEANS being absent from the domicile at time of said service. |
| Mileage: $ _____ | |
| _____ / ENTERED / | Returned the same day |
| PAPER          RETURN | _____ No. _____ |
| _____/_____/_____ | Deputy Sheriff of _____ |
| SERIAL NO.    DEPUTY    PARISH | |

ATTORNEY'S NAME:    Bagneris, Suzette P 22241
AND ADDRESS:        2714 Canal Street, Suite 403 , New Orleans, LA 70119

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

| NO: 2019-06195 | DIVISION: A | SECTION: 16 |
|---|---|---|

### LASSAIR, ERIC  ET AL

#### Versus

### CITY OF NEW ORLEANS   ET AL

### CITATION

TO:         CITY OF NEW ORLEANS

THROUGH:    NEW ORLEANS CITY ATTORNEY, SUNNI J. LEBEOUF

CITY OF NEW ORLEANS, LAW DEPARTMENT, 1300 PERDIDO STREET, 5TH FLOOR - ROOM E503, NEW ORLEANS, LA 70112

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

PETITION FOR DAMAGES AND DEMAND FOR JURY TRIAL

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

**\*\*\*\*\*\*\*\*COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE\*\*\*\*\*\*\*\***

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA June 19, 2019**

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

CHELSEY RICHARD NAPOLEON, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by
Malik Haley, Deputy Clerk

---

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within | On this _____ day of _____ served a copy of the within |
| PETITION FOR DAMAGES AND DEMAND FOR JURY TRIAL | PETITION FOR DAMAGES AND DEMAND FOR JURY TRIAL |
| ON  CITY OF NEW ORLEANS | ON  CITY OF NEW ORLEANS |
| THROUGH:  NEW ORLEANS CITY ATTORNEY, SUNNI J. LEBEOUF | THROUGH: NEW ORLEANS CITY ATTORNEY, SUNNI J. LEBEOUF |
| Returned the same day | by leaving same at the dwelling house, or usual place of abode, in the hands of |
| _____ No. _____ | a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating |
| Deputy Sheriff of _____ | HIM/HER the said CITY OF NEW ORLEANS being absent from the domicile at time of said service. |
| Mileage: $ _____ | Returned the same day |
| _____ / ENTERED / _____ | _____ No. _____ |
| PAPER        RETURN | Deputy Sheriff of _____ |
| _____ /        / _____ | |
| SERIAL NO.     DEPUTY      PARISH | |

ATTORNEY'S NAME: Bagneris, Suzette P 22241
AND ADDRESS: 2714 Canal Street, Suite 403 , New Orleans, LA 70119

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

| NO: 2019-06195 | DIVISION: A | SECTION: 16 |
|---|---|---|

**LASSAIR, ERIC ET AL**

**Versus**

**CITY OF NEW ORLEANS ET AL**

### CITATION

TO:     ARS ALEUT REMEDIATION, LLC

THROUGH:     ITS REGISTERED AGENT FOR SERVICE OF PROCESS: CORPORATION SERVICE COMPANY

         320 SOMERULOS STREET, BATON ROUGE, LA 70802

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

PETITION FOR DAMAGES AND DEMAND FOR JURY TRIAL

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA June 19, 2019**

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

CHELSEY RICHARD NAPOLEON, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by
Malik Haley, Deputy Clerk

---

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ _____ served a copy of the within | On this _____ day of _____ _____ served a copy of the within |
| PETITION FOR DAMAGES AND DEMAND FOR JURY TRIAL | PETITION FOR DAMAGES AND DEMAND FOR JURY TRIAL |
| ON ARS ALEUT REMEDIATION, LLC | ON ARS ALEUT REMEDIATION, LLC |
| THROUGH: ITS REGISTERED AGENT FOR SERVICE OF PROCESS: CORPORATION SERVICE COMPANY | THROUGH: ITS REGISTERED AGENT FOR SERVICE OF PROCESS: CORPORATION SERVICE COMPANY |
| Returned the same day | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said ARS ALEUT REMEDIATION, LLC being absent from the domicile at time of said service. |
| _____ No. _____ | |
| Deputy Sheriff of _____ | |
| Mileage: $ _____ | Returned the same day |
| _____ / ENTERED / _____ | _____ No. _____ |
| PAPER     RETURN | Deputy Sheriff of _____ |
| _____ / _____ / _____ | |
| SERIAL NO.    DEPUTY    PARISH | |

ATTORNEY'S NAME:   Bagneris, Suzette P 22241
AND ADDRESS:        2714 Canal Street, Suite 403 , New Orleans, LA 70119

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

| NO: 2019-06195 | DIVISION: A | SECTION: 16 |
|---|---|---|

### LASSAIR, ERIC  ET AL

### Versus

### CITY OF NEW ORLEANS  ET AL

## CITATION

TO:         ARS ALEUT REMEDIATION, LLC

THROUGH:    ITS REGISTERED AGENT FOR SERVICE OF PROCESS: CORPORATION SERVICE
            COMPANY
            320 SOMERULOS STREET, BATON ROUGE, LA 70802

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

PETITION FOR DAMAGES AND DEMAND FOR JURY TRIAL

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the

Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15)

days after the service hereof under penalty of default.

## ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans
Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New
Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast
Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.
**\*\*\*\*\*\*\*\*COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE\*\*\*\*\*\*\*\***

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the
Parish of Orleans, State of LA June 19, 2019**

Clerk's Office, Room 402, Civil Courts          CHELSEY RICHARD NAPOLEON, Clerk of
421 Loyola Avenue                               The Civil District Court
New Orleans, LA                                 for the Parish of Orleans
                                                State of LA
                                                by
                                                Malik Haley, Deputy Clerk

---

### SHERIFF'S RETURN
### (for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within | On this _____ day of _____ served a copy of the within |
| PETITION FOR DAMAGES AND DEMAND FOR JURY TRIAL | PETITION FOR DAMAGES AND DEMAND FOR JURY TRIAL |
| ON  ARS ALEUT REMEDIATION, LLC | ON  ARS ALEUT REMEDIATION, LLC |
| THROUGH:  ITS REGISTERED AGENT FOR SERVICE OF PROCESS: CORPORATION SERVICE COMPANY | THROUGH:  ITS REGISTERED AGENT FOR SERVICE OF PROCESS: CORPORATION SERVICE COMPANY |
| Returned the same day | by leaving same at the dwelling house, or usual place of abode, in the hands of |
| _____ No. _____ | _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose |
| Deputy Sheriff of _____ | name and other facts connected with this service I learned by interrogating |
| Mileage: $ _____ | HIM/HER the said ARS ALEUT REMEDIATION, LLC being absent from the domicile at time of said service. |
| _____ / ENTERED / | |
| PAPER            RETURN | Returned the same day |
| ____/             ____/ | _____ No. _____ |
| SERIAL NO.    DEPUTY    PARISH | Deputy Sheriff of _____ |

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

FILED

2019 JUN 20  PM 2: 58

CIVIL
DISTRICT COURT

NO. 2019-6195                    DIVISION "A"                    SECTION 16

ERIC LASSAIR, PATRICIA LASSAIR
AND TELEJACKS & THINGS, INC.

VERSUS

CITY OF NEW ORLEANS AND ARS ALEUT REMEDIATION, LLC

FILED: _____

CHELSEY RICHARD NAPOLEON
CLERK, DEPUTY CLERK
402 CIVIL COURTS BUILDING

### PLAINTIFFS' MOTION AND ORDER
### COMMANDING THE DEFENDANTS TO TAKE ACTIONS TO PROTECT THE
### HEALTH, SAFETY AND WELFARE OF ALL PUTATIVE CLASS MEMBERS AND TO
### IDENTIFY AND PRESERVE EVIDENCE

**EXPEDITED HEARING REQUESTED: Expedited consideration of this motion is
necessary due to the immediate health threat posed to hundreds of New Orleanians who
live, work and attend school in close proximity to the 3400 block of Lowerline Street in New
Orleans, Louisiana.**

Receipt Date        6/20/2019 3:04:00 PM
Receipt Number      764938

Case Number         2019 - 06195

Grand Total         $ 65.00
Amount Received     $ 65.00
Balance Due         $ 0.00
Over Payment        $ 0.00

Check # 2483 $65.00

NOW INTO COURT, through undersigned counsel, come Plaintiffs Eric Lassair, et al.,

individually and on behalf of a class of persons similarly situated, who respectfully move the Court

to issue an emergency Order to safeguard the health, safety and welfare of the Plaintiffs and

putative class members, who are residents, home owners, and business owners in the Gert Town

neighborhood located in close proximity to the 3400 block of Lowerline Street in New Orleans,

Louisiana, where the City and its remediation contractor extracted Radium 226 and other

radioactive materials from the soil.

| Item | Charged | Paid | Bal |
|------|---------|------|-----|
| Other Motion Informa tion | $47.00 | $47.00 | $0.00 |
| Exhibits (Paper) | $8.00 | $8.00 | $0.00 |

Plaintiffs are requesting an emergency Order granting the following relief:

1) An Order directing the immediate removal of any and all storage containers (roll off bins)
   used by the remediation contractor in the remediation of Radium 226 and other toxic
   materials to safeguard the health, safety and welfare of the Gert Town neighborhood
   which is the subject of this matter. The presence of storage containers (roll off bins) in
   front of residential property on a public street is causing a fear of contracting cancer and
   other diseases. It is also causing fear, fright and emotional distress because the containers
   either had radioactive contaminated soil in them or still have radioactive contaminated
   soil in them. *(Exhibit "A", photographs; Exhibit "B', Roadwork Notice and Frequency
   Asked Questions)*

2) An Order directing the immediate production of the results of any and all soil samples,
   environmental testing, and studies that identify the nature of the contaminants, the
   amount of contamination, and the levels of exposure that may pose a health risk to the
   putative class. Plaintiffs require this information to seek appropriate medical treatment.

3) An Order directing the Defendants, their employees, agents, attorneys and/or anyone
   acting on their behalf to preserve all evidence relative to Plaintiffs' claims of the presence

VERIFIED
JUN 2 0 2019

of Radium 226 and other radioactive and/or toxic materials found in the Gert Town neighborhood located in close proximity to the 3400 block of Lowerline Street in New Orleans, Louisiana.

4) An Order directing the Defendants to produce the names and addresses of the multiple scientists that the City allegedly retained to perform tests to determine that the remediation did not pose a health risk to the residents.

5) An Order directing the Defendants to identify, with particularity, all third parties who have performed soil sampling, testing and studies, to identify third parties who have the soil samples in their care, custody and control, and to produce a complete chain of custody of all contaminants excavated from the 3400 block of Lowerline Street in New Orleans, Louisiana, since May 28, 2019.

6) An Order directing the Defendants to produce the results of any testing which has been done so that the Plaintiffs can seek appropriate medical care and monitoring and the attorneys can seek immediate discovery from parties within the exclusive control of this information.

7) An Order directing the Defendants to immediately produce all documents obtained from the U.S. Environmental Protection Agency, Louisiana Department of Environmental Quality, Agency for Toxic Substances and Disease Registry or other third parties in the interest of public safety and welfare.

The reasons in support of this motion are more fully discussed in the attached memorandum.

RESPECTFULLY SUBMITTED BY:

*Suzette Bagneris*

Suzette P. Bagneris (LSBA No. 22241)
Emile A. Bagneris, III (LSBA No. 22240)
THE BAGNERIS FIRM, LLC
2714 Canal Street, Suite 403
New Orleans, Louisiana 70119
Telephone: (504) 810-3995
Email: sbagneris@bagnerislawfirm.com

Madro Banderies (LSBA No. 25339)
Post Office Box 56458
New Orleans, Louisiana 70156
Telephone: (504) 218-4815
Facsimile: (504) 324-0684
Email: madro@bandarieslaw.com

Steven J. Rando (LSBA No. 23265)
3530 Canal Street
New Orleans, Louisiana 70119
Telephone: (504) 486-7122
Facsimile: (504) 486-7102
Email: Steve@randolaw.com

PLEASE SERVE:

CITY OF NEW ORLEANS
Through New Orleans City Attorney
Sunni J. LeBeouf
City of New Orleans
Law Department
1300 Perdido Street, 5th Floor – Room E503
New Orleans, Louisiana 70112

ARS ALEUT REMEDIATION, LLC
Through its registered agent for service of process:
CORPORATION SERVICE COMPANY
320 Somerulos Street
Baton Rouge, Louisiana 70802

FILED

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS 20  PM 2: 58

STATE OF LOUISIANA

CIVIL
DISTRICT COURT

NO. 2019-6195                    DIVISION "A"                    SECTION 16

ERIC LASSAIR, PATRICIA LASSAIR
AND TELEJACKS & THINGS, INC.

VERSUS

CITY OF NEW ORLEANS AND ARS ALEUT REMEDIATION, LLC

FILED: _____          _____
                                                                          DEPUTY CLERK

### RULE TO SHOW CAUSE/EXPEDITED CONSIDERATION

CONCERNING THE FOREGOING MOTION,

**IT IS ORDERED** that the Defendants appear before the Court on the _____ day of

_____, 2019, at _____ o'clock _____.M., why the Plaintiffs' Motion and

Order Commanding the Defendants to Take Immediate Actions to Protect the Health, Safety and

Welfare of all Putative Class Members and to Identify and Preserve Evidence should not be

granted.

New Orleans, Louisiana, on this _____ day of _____, 2019.

_____
HON. ELLEN HAZEUR,
DISTRICT JUDGE, DIVISION "A"

**PLEASE SERVE:**

**CITY OF NEW ORLEANS**
Through New Orleans City Attorney
Sunni J. LeBeouf
City of New Orleans
Law Department
1300 Perdido Street, 5th Floor – Room E503
New Orleans, Louisiana 70112

**ARS ALEUT REMEDIATION, LLC**
Through its registered agent for service of process:
CORPORATION SERVICE COMPANY
320 Somerulos Street
Baton Rouge, Louisiana 70802


VERIFIED

FILED

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS 2019 JUN 20 PM 2: 58

STATE OF LOUISIANA

CIVIL DISTRICT COURT

NO. 2019-6195                    DIVISION "A"              SECTION 16

ERIC LASSAIR, PATRICIA LASSAIR
AND TELEJACKS & THINGS, INC.

VERSUS

CITY OF NEW ORLEANS AND ARS ALEUT REMEDIATION, LLC

FILED: _____

_____
DEPUTY CLERK

**PLAINTIFFS' MEMORANDUM IN SUPPORT MOTION AND ORDER
COMMANDING THE DEFENDANTS TO TAKE ACTIONS TO PROTECT THE
HEALTH, SAFETY AND WELFARE OF ALL PUTATIVE CLASS MEMBERS AND TO
IDENTIFY AND PRESERVE EVIDENCE**

**EXPEDITED HEARING REQUESTED**

MAY IT PLEASE THE COURT:

Expedited consideration of this motion is necessary due to the immediate health threat posed to hundreds of New Orleanians who live in close proximity to the 3400 block of Lowerline Street in New Orleans, Louisiana.

Plaintiffs, and a putative class of similarly situated persons, are current or former resident, home owners and/or business owners living and/or working within close proximity to the 3400 block of Lowerline Street in New Orleans, Louisiana, where the City identified the presence of Radium 226 and other radioactive materials in 2013, secreted that knowledge from the public until May 18, 2019, and performed an excavation (remediation) of Radium 226 and other radioactive materials beginning on May 28, 2019.

This area is in close proximity to a former U.S. EPA Superfund Site located the former warehouse where the Thompson-Haywood Chemical Company once stood, and an O'Reilly Auto Parts store now sits at 7600 Earhart Boulevard in New Orleans, Louisiana. The building, that has been converted into an O'Reilly Auto Parts, was formerly a warehouse owned by Harcros. Between 1941 until 1977, the property was operated as a pesticide plant owned and operated by the Thompson-Haywood Chemical Company, a predecessor of defendant THAN. Beginning in 1977, the subject property was used as a warehouse storing industrial and dry cleaning chemicals and pesticides. In 1981, Harcros purchased the subject property. In 1989,


VERIFIED

Harcros and THAN, in conjunction with the Louisiana Department of Environmental Quality, began a remedial clean-up of the plant site. After the clean-up, there were permanent land-use restrictions and environmental restrictions regarding excavating the site.

Upon information and belief, the Defendant **CITY OF NEW ORLEANS** was informed in 2013 of the presence of radioactive materials in the subsurface soil located at or near Lowerline Street and Edinburg Streets in New Orleans, Louisiana. This discovery was made while scanning for security threats in preparation of hosting the 2013 Superbowl in New Orleans, Louisiana.

Despite having knowledge of the presence of hazardous radioactive materials in the sub-surface soil located at or near Lowerline, Street and Edinburg Streets in New Orleans, Louisiana, the City took no action to warn and/or to protect Plaintiffs, other residents or other business own-ers of the presence of soil contamination, the risk of exposure to Radium-226 and radiation; the reasonable steps to take in an emergency when exposed; the health effects that are common to exposure; how a person can tell if they have been exposed; and short and/or long term health ef-fects associated with exposure to Radium-226 and radiation. The discovery of a hazardous condi-tion was secreted from the public.

In 2018, the Defendant City decided to remediate the presence of underground material producing radiation below the road surface at the intersection of Lowerline Street and Coolidge Court. The Defendant City quietly retained a maintenance contractor, Defendant ARS, in De-cember 2018 to remove and dispose of what had been identified as hazardous material located beneath the surface of the Lowerline Street and Coolidge Court intersection.

Once remediation efforts ensued, the Defendants City and ARS, and the Louisiana De-partment of Environmental Quality, discovered that the contamination area was larger than origi-nally anticipated and would need to be addressed as part of a subsequent effort. Since that time, the Defendant City and the U.S. Environmental Protection Agency and the Louisiana Depart-ment of Environmental Quality have collaborated to develop a remediation plan to address the contamination area on Lowerline Street between Olive and Edinburgh streets. Furthermore, mul-tiple scientists and experts were consulted regarding health risks for short and long term expo-sures, and the risk that the remediation would pose to human health.

In advance of the commencement remediation work, on May 18, 2019, representatives from the City's Health Department and the Department of Public Works canvassed a five block

radius of the location and placed reading materials entitled "Construction Notice" in mailboxes and on doors of residents and business owners. *(Exhibit "A", Construction Notice)* The document is a far cry from a mundane notice regarding construction activity; instead, it notifies residents and business owners for the very first time that contaminated soil was discovered in the 3400 block of Lowerline Street near the intersection of Lowerline and Coolidge Streets. It advises them that on May 28, 2019, the U.S. EPA, Louisiana Department of Environmental Quality and City will begin removing radiation contaminated soil. It notifies them that the radiation has been there for "some time, and is being removed out of an abundance of caution." It advises them to expect mediation crews wearing "personal protective equipment including disposable coveralls and gloves during operations." It notifies them that radioactive materials will be placed in storage containers in their neighborhood. The "Construction Notice" was attached to a listing of "Frequently Asked Questions" regarding exposure to Radium-226 and radiation. *(Exhibit "B", Frequently Asked Questions)*

On Tuesday, May 28, 2019, excavation and remediation work began in the subject neighborhood. Crews have excavated the site wearing personal protective equipment including disposable coveralls and gloves necessary to limit their exposure to toxins, while Plaintiffs and other residents, home owners and business owners have been exposed to contamination without protection. Underground materials have been excavated and placed in large containers on the site, just feet from the homes of Gert Town residents.

Receipt of the "Construction Notice and Frequently Asked Questions" and remediation activities in the neighborhood was shocking, alarming and disturbing to residents, home owners and business owners in the subject neighborhood. It was also alarming to former residents, home owners and business owners in the subject neighborhood who saw televised and print media news stories regarding Radium-226 and radiation being underground for "some time," prior to discovery in 2013. What's more, it has caused the community great concern that the Defendant City had actual knowledge of the hazardous materials in 2013 and failed to warn residents of the hazardous condition of the soil, thereby exposing them to illness and death as a result of radiation contamination.

Despite assurances from representatives of the Defendants City, ARS, and governmental agencies, the residents and business owners in the subject area have been very alarmed and have experienced emotional distress regarding their exposure to radioactive materials at the site.

Plaintiffs were not relocated during remediation. They were not given an opportunity to relocate; and/or provided with personal protective gear during the remediation process. And, to date no officials from the City, the LDEQ, or the U.S. EPA have held public meetings with them to communicate exactly what contamination the community was exposed to and what the health risks are associated with the exposure.

**At this present time, five roll off bins are sitting within feet of residential property on the 3400 block of Lowerline Street. The bins are fenced with chain link fencing and there are warning signs posted on the fences. Plaintiffs do not know if the roll off bins sitting in their community contain Radium 226 and other radioactive materials. City officials have refused to come to the community to discuss the remediation efforts and the potential health risk. This failure to communicate, coupled with the location of roll off bins and the fencing, is causing extreme fear, anxiety and emotional distress.  There is a NORD-operated community pool within one block of this environmental hotspot.**

**As such, Plaintiffs are requesting that the Court issue orders in the interest of protecting the public. Plaintffs request the following:**

Plaintiffs are requesting an emergency Order granting the following emergency relief:

1) An Order directing the <u>immediate</u> removal of any and all storage containers (roll off bins) used by the remediation contractor in the remediation of Radium 226 and other toxic materials to safeguard the health, safety and welfare of the Gert Town neighborhood which is the subject of this matter. The presence of storage containers (roll off bins) in front of residential property on a public street is causing a fear of contracting cancer and other diseases. It is also causing fear, fright and emotional distress because the containers either had radioactive contaminated soil in them or still have radioactive contaminated soil in them. *(Exhibit "A", photographs; Exhibit "B', Roadwork Notice and Frequency Asked Questions)*

2) An Order directing the immediate production of the results of any and all soil samples, environmental testing, and studies that identify the nature of the contaminants, the amount of contamination, and the levels of exposure that may pose a health risk to the putative class. Plaintiffs require this information to seek appropriate medical treatment.

3) An Order directing the Defendants, their employees, agents, attorneys and/or anyone acting on their behalf to preserve all evidence relative to Plaintiffs' claims of the presence of Radium 226 and other radioactive and/or toxic materials found in the Gert Town neighborhood located in close proximity to the 3400 block of Lowerline Street in New Orleans, Louisiana.

4) An Order directing the Defendants to produce the names and addresses of the multiple scientists that the City allegedly retained to perform tests to determine that the remediation did not pose a health risk to the residents.

5) An Order directing the Defendants to identify, with particularity, all third parties who have performed soil sampling, testing and studies, to identify third parties who have the soil samples in their care, custody and control, and to produce a complete chain of custody of all contaminants excavated from the 3400 block of Lowerline Street in New Orleans, Louisiana, since May 28, 2019.

6) An Order directing the Defendants to produce the results of any testing which has been done so that the Plaintiffs can seek appropriate medical care and monitoring and the attorneys can seek immediate discovery from parties within the exclusive control of this information.

7) An Order directing the Defendants to immediately produce all documents obtained from the U.S. Environmental Protection Agency, Louisiana Department of Environmental Quality, Agency for Toxic Substances and Disease Registry or other third parties in the interest of public safety and welfare.

Plaintiffs offer the following jurisprudence in support of their contention that the presence of Radium 226 and other radioactive materials in close proximity to their homes, businesses, schools and a public pool poses a serious danger to human health: *Hickman v. Exxon Mobil Corporation*, 255 So.3d 1097 (La. App. 1 Cir. August 8, 2018); *Lester v. Exxon Mobil Corp.,* 102 So.3d 148 (La. App. 5th Cir. 2012); *Marin v. Exxon Mobil Corp.,* 48 So.3d 234 (La. 2010); *Hill v. Exxon Mobil Corp.,* (E.D. La. 2013); *Grefer v. Alpha Technical*, 901 So.2d 117 (La. 2005); *In the matter of Gen. Permit for Discharges from Oil & Gas Exploration*, 70 So.3d 101 (La. 1st Cir. App. 2011); *Eagle Pipe & Supply, Inc. v. Amerada Hess Corp.,* 47 So.3d 428 (La. App. 2010); *Train v. Colorado Public Interest Research Group, Inc.,* 426 U.S. 1, 96 S.Ct. 1938, 48 L.Ed.2d 434 (1976); *Waste Management of La. v. Tadlock Pipe & Equip.,* 889 So.2d 457 (La. App. 3rd Cir. 2004).

RESPECTFULLY SUBMITTED BY:

*Suzette Bagneris*

Suzette P. Bagneris (LSBA No. 22241)
Emile A. Bagneris, III (LSBA No. 22240)
THE BAGNERIS FIRM, LLC
2714 Canal Street, Suite 403
New Orleans, Louisiana 70119
Telephone: (504) 810-3995
Email: sbagneris@bagnerislawfirm.com

Madro Banderies (LSBA No. 25339)
Post Office Box 56458
New Orleans, Louisiana 70156
Telephone: (504) 218-4815
Facsimile: (504) 324-0684
Email: madro@bandarieslaw.com

Steven J. Rando (LSBA No. 23265)
3530 Canal Street
New Orleans, Louisiana 70119
Telephone: (504) 486-7122
Facsimile: (504) 486-7102
Email: Steve@randolaw.com







**CITY OF NEW ORLEANS**

# ROAD=WORK

ROADWORK.NOLA.GOV

FILED

### Construction Notice
### Lowerline Street (Olive to Edinburgh)
### May 18, 2019

2019 JUN 20 PM 2: 58

CIVIL
DISTRICT COURT

The Environmental Protection Agency (EPA), the Louisiana Department of Environmental Quality (LDEQ) and the City of New Orleans will begin removing radiation contaminated soil found in the 3400 block of Lowerline Street near the intersection of Lowerline and Coolidge streets on Tuesday, May 28, 2019. The origin of the material is unknown and while it has been present for some time, it is being removed out of an abundance of caution.

**What to Expect:** The excavation, removal and disposal operations will require temporary closure of Lowerline St. between Olive and Edinburgh streets and Coolidge Ct. between Lowerline and Pine streets. Crew members will wear Personal Protective Equipment (PPE) including disposable coveralls and gloves during operations.

All excavated material and soil will be placed in roll off bins for safe removal from the area. Representatives from EPA, LDEQ and the City will be onsite throughout operations to answer questions and be sure that any possible exposure is below the established limits.

Traffic flow will be restricted by barricades and plastic sheeting may be used to protect the ground around the excavation. Metal and silt fencing will also prevent access to the excavation site and any possible runoff.

Residents should plan to park on side streets during the excavation work. Weather permitting, work will begin on Tuesday, May 28 and will take approximately two weeks to complete. Crews will be permitted to work from 7 a.m. to sunset.

Questions may be directed to 504.657.9169 or roadwork@nola.gov.

Thank you for your patience.

-over-

VERIFIED

PLAINTIFF'S EXHIBIT

**How did U.S. Environmental Protection Agency (EPA) get involved?**
U.S. EPA used its authority under the Comprehensive Environmental Response, and Compensation, Liability Act (CERCLA). CERCLA, also known as "Superfund," is a law designed to help cleanup abandoned waste facilities.

**How do I detect radiation?**
You cannot sense radiation. Radiation can only be detected using specialized instruments.  Emergency responders are skilled in using these instruments.

**What happens when I am exposed to radiation?**
You may not experience any health effects. A very large dose of radiation may cause skin burns, nausea and vomiting. If you have these symptoms, seek medical attention immediately.

**What are common sources of radiation?**
Low levels of radiation come from a number of sources. These include natural background. They also include sources such as medical x-rays.

**What are the reasonable steps to take in an emergency?**
Follow safety instructions from public officials. Minimize the time you spend in areas with elevated radiation levels. Avoid areas where radiation levels are elevated.

**What happens when I am exposed to radiation?**
You may not experience any health effects. A very large dose of radiation may cause skin burns, nausea and vomiting. If you have these symptoms, seek medical attention immediately.

**How can I tell if I have been exposed?**
Skin burns, nausea and vomiting can result from large doses of radiation. Seek medical attention immediately if you have these symptoms. If you think you have been contaminated, shower and change into clean clothes. Place contaminate clothing in a plastic bag and seal it. Place the bag as far away as possible form humans and animals. Bagged clothing can be examined later to determine if you were contaminated.

**What should I do if I am asked to shelter-in-place?**
Shelter in place means get indoors as soon as possible. Close all exterior vents and windows. If needed, use air-conditioning (and heat), preferably in recirculation mode.

**What are you doing to protect public health and the environment?**
Our primary concern is the health and safety of the public. We are working closely with local, state and federal partners to remove the contamination and dispose of it off site to a facility that is approved to accept the contaminated soil.

**How can Radium-226 and radiation affect my health?**

Everyone is exposed to low levels of radium in nature. Eating or inhaling higher levels of radium over a long period can lead to health problems. Direct exposure to radiation from the breakdown of radium-226 can damage our cells. Over time, cell damage can lead to specific types of cancer.

There is no direct exposure to radium since it has not been ingested and inhaled. Exposure to high levels of radium may increase your risk of developing bone, liver, breast and some blood cancers, anemia (a problem with the blood), fractured teeth and cavities, and cataracts in the eyes. Some of these health problems may take years to develop.

**How should dust contamination be controlled during remediation work?**
EPA has determined the best engineering controls are water and moderation. Dust will be addressed with water, but if readings on the perimeter of the excavation site show a reading of higher than 10 micro R per hour a containment tent may be considered. At this time EPA does not anticipate a containment tent as a necessary precaution. EPA will have onsite monitors at the perimeter of the roadway and also, in the excavation site(s). Air sampling units will also be in place during operations. Pumps pull air samples throughout excavation to confirm that operations are safe. The air monitors provide results within minutes of air samples.

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

FILED

JUN 20 PM 2:58

CIVIL DISTRICT COURT

STATE OF LOUISIANA

NO. 2019-6195                DIVISION "A"                SECTION 16

ERIC LASSAIR, PATRICIA LASSAIR
AND TELEJACKS & THINGS, INC.

VERSUS

CITY OF NEW ORLEANS AND ARS ALEUT REMEDIATION, LLC

FILED: _____     _____
                                                        DEPUTY CLERK

## RULE TO SHOW CAUSE/EXPEDITED CONSIDERATION

CONCERNING THE FOREGOING MOTION,

IT IS ORDERED that the Defendants appear before the Court on the 27th day of June , 2019, at 09:30 o'clock A .M., why the Plaintiffs' Motion and Order Commanding the Defendants to Take Immediate Actions to Protect the Health, Safety and Welfare of all Putative Class Members and to Identify and Preserve Evidence should not be granted.

New Orleans, Louisiana, on this _____ day of _____ JUN 20 2019 _____, 2019.

_____
HON.
DISTRICT JUDGE, DIVISION "A"

D. Nicole Sheppard
Judge - Division "J"

**PLEASE SERVE:**

**CITY OF NEW ORLEANS**
Through New Orleans City Attorney
Sunni J. LeBeouf
City of New Orleans
Law Department
1300 Perdido Street, 5th Floor – Room E503
New Orleans, Louisiana 70112

**ARS ALEUT REMEDIATION, LLC**
Through its registered agent for service of process:
CORPORATION SERVICE COMPANY
320 Somerulos Street
Baton Rouge, Louisiana 70802

APPROVED DATE ONLY

DIVISION "A"

VERIFIED
6/21/19