## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ERIC LASSAIR, PATRICIA LASSAIR AND TELEJACKS & THINGS, INC. | CIVIL ACTION NO. 2:19-cv-11377 |
| | JUDGE JANE TRICHE MILAZZO |
| v. | |
| | MAGISTRATE JUDGE |
| CITY OF NEW ORLEANS AND ARS ALEUT REMEDIATION, LLC | JANIS VAN MEERVELD |

## CORPORATE DISCLOSURE STATEMENT

Defendant, ARS Aleut Remediation, LLC ("AAR"), a non-governmental corporate party, submits this Corporate Disclosure Statement pursuant to Rule 7.1 of the Federal Rule of Civil Procedure.

Pursuant to Rule 7.1, AAR states that its sole member is ARS International, LLC and no publically traded corporation owns more than 10% of AAR's stock.

<div style="margin-left: 50%">

Respectfully submitted,

*s/ Thomas A. Casey, Jr.*
THOMAS A. CASEY, JR. (Bar No. 1291)
STANLEY A. MILAN (Bar No. 9698)
Jones Walker L.L.P.
201 St. Charles Avenue
New Orleans, LA 70170
Telephone: 504-582-8000
Facsimile: 504-582-8011
tcaseyjr@joneswalker.com
smilan@joneswalker.com

RYAN E. JOHNSON (Bar No. 26352)
Jones Walker L.L.P.
8555 United Plaza Blvd., 5th floor
Baton Rouge, LA 70809
Telephone: 225-248-2000
Facsimile: 225-248-3080

*Attorneys for Defendant, ARS Aleut Remediation, LLC*

</div>

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 3rd day of July, 2019, a true and correct copy of the above and foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record participating in CM/ECF by operation of the court's electronic filing system.

*s/ Thomas A. Casey, Jr.*