**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **ERIC LASSAIR, ET AL** | \* | **CIVIL ACTION NO. 19-11377** |
| | \* | **SECTION "H" (1)** |
| **VERSUS** | | |
| | \* | **JUDGE JANE TRICHE MILAZZO** |
| **CITY OF NEW ORLEANS, ET AL** | | |
| | \* | **MAGISTRATE VAN MEERVELD** |

\*    \*    \*    \*    \*    \*    \*

## REQUEST FOR ORAL ARGUMENT

Defendant, the City of New Orleans, hereby respectfully requests, pursuant to Local Rule 78.1E, permission for oral argument upon its Motion to Dismiss Pursuant to Rule 12(b)(6) which has been noticed for submission on August 28, 2019. Oral argument will provide an opportunity to discuss the applicability of and preemption of state law claims by the Price-Anderson Act, as well as afford the parties a chance to answer any questions that the Court may have regarding the specific pleading deficiencies.

Respectfully submitted,

*Michael J. Laughlin*

_____

**MICHAEL J. LAUGHLIN, LSB#01668**
ASSISTANT CITY ATTORNEY
**CORWIN ST. RAYMOND, LSB# 31330**
DEPUTY CITY ATTORNEY
**CHURITA H. HANSELL, LSB# 25694**
CHIEF DEPUTY CITY ATTORNEY
**DONESIA D. TURNER, LSB# 23338**
SR. CHIEF DEPUTY CITY ATTORNEY
**SUNNI J. LEBEOUF, LSB# 28633**
CITY ATTORNEY
1300 PERDIDO STREET
ROOM 5E03- CITY HALL
NEW ORLEANS, LOUISIANA 70112
TELEPHONE:  (504) 658-9800
FACSIMILE:   (504) 658-9868
*Counsel for Defendant, the City of New Orleans*

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2019, I electronically filed the above and foregoing pleading with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to counsel for all parties.

*Michael J. Laughlin*

_____

MICHAEL J. LAUGHLIN