UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ERIC LASSAIR, ET AL | CIVIL ACTION |
| VERSUS | NO. 19-11377 |
| CITY OF NEW ORLEANS, ET AL | SECTION "H"(1) |

### ORDER

Considering the Request for Oral Argument filed by the City of New Orleans (Rec. Doc. 17);

**IT IS ORDERED** that oral argument on Defendant's Motion to Dismiss for Failure to State a Claim (Doc. 16) is set for **September 12, 2019, at 9:30 a.m.**

**IT IS FURTHER ORDERED** that each party is limited to 7 minutes of argument.

**IT IS FURTHER ORDERED** that this order shall not be interpreted to alter the briefing deadlines for the Motion to Dismiss for Failure to State a Claim (Doc. 16), and all briefs shall be submitted by August 28, 2019.

New Orleans, Louisiana, on this 5th day of August, 2019.

JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE