UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ERIC LASSAIR, ET AL** | * | **CIVIL ACTION NO. 19-11377** |
| | * | **SECTION "H" (1)** |
| **VERSUS** | | |
| | * | **JUDGE JANE TRICHE MILAZZO** |
| **CITY OF NEW ORLEANS, ET AL** | | |
| | * | **MAGISTRATE VAN MEERVELD** |

\* \* \* \* \* \* \*

### CITY OF NEW ORLEANS' MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND SUPPLEMENTAL AND AMENDED COMPLAINT (REC. DOC. 66)

Defendant, the City of New Orleans, files this opposition to Plaintiffs' Motion for Leave to File Second Supplemental and Amended Complaint because (1) Plaintiffs are not entitled of right at this time to file their Second Amended and Supplemental Complaint; and (2) Plaintiffs' Second Supplemental and Amended Complaint does not address or cure the City of New Orleans' previously filed and pending Rule 12(b)(6) Motion to Dismiss and, therefore, the City of New Orleans objects to Plaintiffs' Second Supplemental and Amended Complaint to the extent that it may be asserted to render moot that which it does not even address, namely, the City's Motion to Dismiss and to its attempt to bring in an additional party defendant prior to the Court's ruling on the City's Motion to Dismiss.

On August 1, 2019, the City filed its Rule 12(b)(6) Motion to Dismiss. Rec. Doc. 16. The City's Motion to Dismiss was argued and taken under submission by the Court on October 31, 2019 (Rec. Doc. 59), with no ruling issued as of this time.

Plaintiffs filed their Motion for Leave to File Second Supplemental and Amended Complaint on November 15, 2019 (Rec. Doc. 66), a date well more than twenty-one (21) days

after the August 1, 2019 service of the City's Motion to Dismiss. Because more than 21 days have passed since service of the City's Motion to Dismiss, Plaintiffs do not have a right to amend their Complaint as a matter of course and may only do so with leave of Court. F.R.Civ.P., Rule 15(a)(1). The City respectfully submits that leave should not be granted at this time for the reasons next addressed.

Plaintiffs' proposed Second Supplemental and Amended Complaint does not address or cure the City's Motion to Dismiss for failure to state a claim under the Price Anderson Act; it merely seeks to add an additional party. Rec. Doc. 66-2. Nonetheless, the City is mindful that this Court has stated that "many district courts – including this Court – routinely deny as moot motions to dismiss that are filed prior to an amendment of a complaint." *Jerome Morgan vs. Harry Connick, et al*, U.S. E.D. La. Civil Action No. 17-5319 (Rec. Doc. 39), citing *Jefferson Cmty. Health Care Centers, Inc. v. Jefferson Par. Gov't*, No. 16-12910, 2016 WL 4429953, at *2 (E.D. La. Aug. 22, 2016). The Court in *Jefferson Cmty. Health Care Centers, Inc., supra* at *2, further explained:

> Although courts may address the merits of a motion to dismiss even after an amended complaint is filed, as a general rule, "if applying the pending motion to the amended complaint would cause confusion or detract from the efficient resolution of the issues, then it makes sense to require the defendant to file a new motion specifically addressing the amended complaint." (Internal citations omitted.)

The City does not believe that applying the City's Motion to Dismiss to the proposed Supplemental and Amended Complaint would cause confusion or detract from the efficient resolution of the issues since the proposed Supplemental and Amended Complaint does not cure, much less even address, the Price-Anderson Act pleading deficiencies in Plaintiffs' Complaint

2

raised by the City's Motion to Dismiss. Nonetheless, the City opposes Plaintiffs' filing of its Supplemental and Amended Complaint prior to the Court's ruling on the City's Motion to Dismiss if it is being urged solely to render the City's Motion moot. The City also objects to leave being granted at this time and respectfully submits that as a matter of judicial efficiency the Court should wait to see whether the City's Motion to Dismiss may be granted and Plaintiffs' Complaint dismissed and/or Plaintiffs ordered to amend their Complaint before adding another party defendant to this proceeding, which, again, is the sole purpose of Plaintiffs' Second Supplemental and Amended Complaint.

For the above and foregoing reasons, the City of New Orleans respectfully prays that Plaintiffs' Motion for Leave to File Second Supplemental and Amended Complaint be denied at this time.

Respectfully submitted,

*Michael J. Laughlin*
**MICHAEL J. LAUGHLIN, LSB#01668**
ASSISTANT CITY ATTORNEY
**CORWIN ST. RAYMOND, LSB# 31330**
DEPUTY CITY ATTORNEY
**CHURITA H. HANSELL, LSB# 25694**
CHIEF DEPUTY CITY ATTORNEY
**DONESIA D. TURNER, LSB# 23338**
SR. CHIEF DEPUTY CITY ATTORNEY
**SUNNI J. LEBEOUF, LSB# 28633**
CITY ATTORNEY
1300 PERDIDO STREET
ROOM 5E03- CITY HALL
NEW ORLEANS, LOUISIANA 70112
TELEPHONE: (504) 658-9800
FACSIMILE: (504) 658-9868

*Counsel for Defendant, the City of New Orleans*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 25, 2019, I electronically filed the above and foregoing pleading with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to counsel for all parties.

*Michael J. Laughlin*
_____
MICHAEL J. LAUGHLIN