UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ERIC LASSAIR ET AL | CIVIL ACTION |
| V. | NO. 19-11377 |
| NEW ORLEANS CITY ET AL | SECTION "H"(1) |

JUDGMENT

For reasons issued July 16, 2020 (Doc. 84) and filed herein;

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiffs' claims against defendants New Orleans City, ARS Aleut Remediation LLC, and ARS International, LLC are hereby DISMISSED.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the above-captioned matter is DISMISSED WITH PREJUDICE.

Signed in New Orleans, Louisiana, this 17th day of July, 2020.

JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE